FILED
2025 Jul-09  PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

# Admiral Policy

# ADMIRAL INSURANCE COMPANY

## A Delaware Corporation

## COMMERCIAL LINES POLICY

**THIS POLICY IS NOT OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

THIS POLICY CONSISTS OF:

    Declarations;

    Common Policy Conditions; and

    One or more Coverage Parts.  A Coverage Part Consists of:

-   One or more Coverage Forms; and
-   Applicable Forms and Endorsements.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

W. Robert Berkley, Jr.
President

Philip S. Welt
Secretary

Administrative Office: 7233 E. Butherus Drive, Scottsdale, AZ 85260 (480) 509-6627

Policy Issuing Office:  1000 Howard Blvd., Suite 300, P.O. Box 5430, Mount Laurel, NJ 08054
Telephone (856) 429-9200  Facsimile (856)429-8611

[JA 10 01 07 20]

Policy Number: CA000054345-01                                          **AI 80 01 10 21**

Effective Date: 09/01/2024



**Carrier:**          Admiral Insurance Company

**Named Insured:**    ASTRA EQUITY

---

## IMPORTANT – POLICYHOLDER NOTICES

---

# OFAC ADVISORY NOTICE

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the changes you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully**.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency." OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

As "Specifically Designated Nationals and Blocked Persons." This list can be located on the United States Treasury's web site – https://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-information

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

Policy Number: CA000054345-01                                                **AI 80 00 09 20**

Effective Date: 09/01/2024



**Carrier:**          Admiral Insurance Company

**Named Insured:**    ASTRA EQUITY

## IMPORTANT – POLICYHOLDER NOTICES

**Form Intentionally Left Blank**



**COMMON POLICY**
DECLARATIONS

**Carrier:**    **Admiral Insurance Company**

**Policy No.:**    <u>CA000054345-01</u>                 **Renewal/Rewrite of:**                 <u>**NEW**</u>

| **Named Insured** and Mailing Address |
| --- |

ASTRA EQUITY, LLC
(SEE AD0785 NAMED INSURED ENDORSEMENT)
1678 MONTGOMERY HWY
SUITE 104
BIRMINGHAM AL 35216

**POLICY PERIOD:** From    09/01/2024    to    09/01/2025    At 12:01 A.M. Standard Time at the address of the **Named Insured** as stated herein

**THE NAMED INSURED IS:**    Other

**BUSINESS DESCRIPTION:**    Apartment ownership and management; Schedule of AL and MS locations

**AUDIT PERIOD:**    Not Applicable

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGES FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

Commercial General Liability Coverage                                          $██████

Products/Completed Operations Liability Coverage

                                                    PREMIUM:    $██████

                                        TERRORISM PREMIUM:

                                            TOTAL PREMIUM:    $██████

Form(s) and Endorsement(s) made a part of this policy at inception:
REFER TO SCHEDULE OF FORMS, AI 00 18 03 98

This policy is not binding unless countersigned by Admiral Insurance Company or its authorized representative.

Countersigned On:    10/21/2024                By: _____
                                                              Authorized Representative
        At:    Austin, TX

THESE COMMON POLICY DECLARATIONS AND THE COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS (OR PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART DECLARATIONS), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), FORM(S) AND ENDORSEMENT(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.



**COMMERCIAL GENERAL LIABILITY**
**COVERAGE PART**
**DECLARATIONS**

**CARRIER**             **Admiral Insurance Company**

**POLICY NUMBER**      <u>CA000054345-01</u>

## LIMITS OF INSURANCE

| | | | |
|---|---|---|---|
| Each Occurrence Limit | $ | 1,000,000 | |
| General Aggregate Limit | $ | 2,000,000 | |
| (Other Than Products- Completed Operations) | | | |
| Products - Completed Operations Aggregate Limit | $ | 2,000,000 | |
| Personal and Advertising Injury Limit | $ | 1,000,000 | |
| Damage To Premises  Rented To You Limit | $ | 300,000 | Any One Premises |
| Medical Expense Limit | $ | EXCLUDED | Any One Person |
| Assault and Battery Each Event | $ | 250,000 | |
| Assault and Battery Aggregate | $ | 250,000 | |

## PREMIUM

| Classification | Code | Premium Basis | Rate | Per | Advance Premium |
|---|---|---|---|---|---|
| APARTMENT BUILDINGS - GARDEN | 60011 | 677 | ■ | 1 Unit | $■ |
| SWIMMING POOLS-NOC | 48925 | 2 | ■ | 1 Other | $■ |
| HNOA | | | | Flat Charge | $■ |
| BUILDINGS OR PREMISES-OFFICE-NOC (FOR PROFIT) | 61226 | 3,000 | ■ | 1,000 Square Foot | $■ |
| | | | | Total Advance Premium | $■ |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

# SCHEDULE OF FORMS

**Named Insured:**    ASTRA EQUITY, LLC                    **Policy No.:** CA000054345-01

| FORM NUMBER | TITLE |
| --- | --- |
| JA10010720 | COVER JACKET - ADMIRAL INSURANCE COMPANY |
| DE20010820 | COMMON POLICY DECLARATIONS |
| DE20020820 | COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS |
| AI67040824 | CLAIM REPORTING NOTICE ADDRESS INFORMATION |
| AI00180398 | SCHEDULE OF FORMS |
| CG00010413 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG20111219 | ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES |
| CG20181219 | ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE OR RECEIVER |
| CG21061223 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL INFORMATION |
| CG21320509 | COMMUNICABLE DISEASE EXCLUSION |
| CG21351001 | EXCLUSION - COVERAGE C - MEDICAL PAYMENTS |
| CG21490999 | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| CG21750115 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES |
| CG24040509 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| CG24260413 | AMENDMENT OF INSURED CONTRACT DEFINITION |

**AI 00 18 03 98**

CG24500615                          LIMITED COVERAGE FOR DESIGNATED UNMANNED AIRCRAFT

CG40351223                          EXCLUSION CYBER INCIDENT

IL00171198                          COMMON POLICY CONDITIONS

IL00210702                          NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

AD06620204                          EMPLOYEE BENEFITS LIABILITY COVERAGE CLAIMS MADE
                                    COVERAGE

AD06630519                          ADDITIONAL CONDITIONS NAMED INSURED'S DUTIES WITH RESPECT
                                    TO CONTRACTORS

AD07400207                          CROSS LIABILITY EXCLUSION

AD07851122                          NAMED INSURED ENDORSEMENT

AD08420216                          BODILY INJURY REDEFINED

AD08680217                          DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT

AD08730323                          SEXUAL ABUSE EVENT - LIMITED COVERAGE

AD66090721                          MINIMUM PREMIUM AND MINIMUM RETAINED PREMIUM
                                    AMENDATORY ENDORSEMENT

AD66110511                          DEDUCTIBLE LIABILITY INSURANCE

AD66371123                          CHILD CARE EXCLUSION

AD67700224                          CANINE LIABILITY EXCLUSION (ABSOLUTE)

AD68830621                          EXCLUSIONARY JOINT FORM - ASBESTOS, LEAD, MICROORGANISMS,
                                    SILICA & EMR

AD68860524                          INJURY TO WORKERS EXCLUSION JOINT FORM

AD69130823                          LIMITATION OF COVERAGE TO DESIGNATED PREMISES

AD69260323                          ASSAULT OR BATTERY EVENT - LIMITED COVERAGE (CGL COVERAGE
                                    FORM)

| | |
|---|---|
| AD69660519 | SWIMMING POOLS AND SPAS - LIMITATION OF COVERAGE |
| AD66661122 | SPECIFIED OPERATIONS EXCLUSION |
| AD68880321 | SPECIAL EXCLUSIONS - JOINT FORM (OCCURRENCE) |
| AD66760410 | HIRED AUTO AND NON-OWNED LIABILITY |
| AD67190224 | CONDOMINIUM CONVERSION EXCLUSION |
| AD67480511 | INTELLECTUAL PROPERTY EXCLUSION (AMENDED DEFINITION OF PERSONAL AND ADVERTISING INJURY) |
| AD67580209 | ENGINEERED NANOPARTICLES EXCLUSION (ABSOLUTE) |
| AD67650809 | PREMIUM BASIS DEFINITION AREA (SQUARE FEET) |
| AD67660809 | PREMIUM BASIS UNITS |
| AD70160123 | HABITABILITY EXCLUSION |
| AD70210423 | EXCLUSION - PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS) |
| AD70381023 | EXCLUSION - HUMAN TRAFFICKING |
| AD70411123 | EXCLUSION - CONSTRUCTION AND/OR DEMOLITION ACTIVITIES WITH LIMITED EXCEPTION FOR ROUTINE MAINTENANCE |
| AD70420124 | COORDINATION OF LIMITS ENDORSEMENT |
| AD70500424 | EXCLUSION - BIOMETRIC INFORMATION |
| AI08460102 | CARBON MONOXIDE EXCLUSION |
| AI44020821 | SERVICE OF SUIT |

Policy Number: CA000054345-01                                                          **AI 67 04 08 24**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CLAIM REPORTING NOTICE ADDRESS INFORMATION

This endorsement modifies insurance provided under the following:

        COMMERCIAL GENERAL LIABILITY COVERAGE FORM
        PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
        LIQUOR LIABILITY COVERAGE FORM

It is agreed that the following is hereby added to SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS paragraph 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit:

    **e.**   You and any other involved insured must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  Notice must be given to:

        Admiral Insurance Group, a Berkley Company

        Attention:  Claims Department

        232 Strawbridge Drive, Suite 300

        Moorestown, NJ 08057

        Or E-mail to: admclaims@admiralins.com

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** –Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

  **e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © Insurance Services Office, Inc., 2012

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

    However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 © Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

© Insurance Services Office, Inc., 2012

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

   **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

     **(1)** On premises you own or rent;

     **(2)** On ways next to premises you own or rent; or

     **(3)** Because of your operations;

     provided that:

       **(a)** The accident takes place in the "coverage territory" and during the policy period;

       **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

       **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

     **(1)** First aid administered at the time of an accident;

     **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

     **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

   **a. Any Insured**

     To any insured, except "volunteer workers".

   **b. Hired Person**

     To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   **c. Injury On Normally Occupied Premises**

     To a person injured on that part of premises you own or rent that the person normally occupies.

   **d. Workers' Compensation And Similar Laws**

     To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   **e. Athletics Activities**

     To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   **f. Products-Completed Operations Hazard**

     Included within the "products-completed operations hazard".

   **g. Coverage A Exclusions**

     Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **a.** All expenses we incur.

   **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by the insured;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

   **(1)** This insurance is excess over:

   **(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

      **(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

      **(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

      **(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

      **(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

   **(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

    **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

    **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

    **c.** All other parts of the world if the injury or damage arises out of:

        **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

        **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

        **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph **f.** does not include that part of any contract or agreement:

        **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

        **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

            **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

            **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

        **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

    **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        **(1)** Power cranes, shovels, loaders, diggers or drills; or

        **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

        **(2)** Cherry pickers and similar devices used to raise or lower workers;

    **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

    However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing; or

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     **(1)** Products that are still in your physical possession; or

     **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

       **(a)** When all of the work called for in your contract has been completed.

       **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

       **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

     Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **b.** Does not include "bodily injury" or "property damage" arising out of:

     **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

     **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

     **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

     **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

© Insurance Services Office, Inc., 2012

**22.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        **(2)** The providing of or failure to provide warnings or instructions.

Policy Number: CA000054345-01 **CG 20 11 12 19**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Designation Of Premises (Part Leased To You):** <br> All premises leased to you and covered by this insurance. |
| **Name Of Person(s) Or Organization(s) (Additional Insured):** <br> Any person or organization that is a manager or lessor of real property, but only if coverage as an additional insured is required by a written contract or written agreement that is an "insured contract", and provided the "bodily injury" or "property damage" first occurs, or the "personal and advertising injury" offense is first committed, subsequent to the execution of the contract or agreement. |
| **Additional Premium:**     $  Included |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by you or those acting on your behalf in connection with the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

Policy Number: CA000054345-01                                                          **CG 20 18 12 19**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Any person or organization that is a mortgagee, assignee or receiver for a premises shown in this Schedule, but only if coverage as an additional insured is required by a written contract or written agreement that is an "insured contract", and provided the "bodily injury" or "property damage" first occurs, or the "personal and advertising injury" offense is first committed, subsequent to the execution of the contract or agreement. | All premises covered by this insurance. |
| | |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee or receiver and arising out of the ownership, maintenance or use of the premises by you and shown in the Schedule.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable limits of insurance;

whichever is less.

This endorsement shall not increase the applicable limits of insurance.

Policy Number: CA000054345-01 **CG 21 06 12 23**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Bodily injury" or "property damage" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Material Or Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

**a.** Patents, trade secrets, processing methods, customer lists;

**b.** Financial information, credit card information;

**c.** Health information, biometric information; or

**d.** Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal material or information.

**028**

Policy Number: CA000054345-01                                                    **CG 21 32 05 09**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**  The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

    **2.**  **Exclusions**

        This insurance does not apply to:

        **Communicable Disease**

        "Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

        This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

        **a.**  Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

        **b.**  Testing for a communicable disease;

        **c.**  Failure to prevent the spread of the disease; or

        **d.**  Failure to report the disease to authorities.

**B.**  The following exclusion is added to Paragraph **2**. **Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

    **2.**  **Exclusions**

        This insurance does not apply to:

        **Communicable Disease**

        "Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

        This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

        **a.**  Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

        **b.**  Testing for a communicable disease;

        **c.**  Failure to prevent the spread of the disease; or

        **d.**  Failure to report the disease to authorities.

Policy Number: CA000054345-01

**CG 21 35 10 01**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Description And Location Of Premises Or Classification:** |
| ALL PREMISES AND ALL CLASSIFICATIONS |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section **I** – Coverage **C** – Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section **I** – Supplementary Payments:

    h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

© ISO Properties, Inc.,  2000

Policy Number: CA000054345-01

CG 21 49 09 99

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.   Pollution**

**(1)**  "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)**  Any loss, cost or expense arising out of any:

**(a)**  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)**  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

Policy Number: CA000054345-01                                    **CG 21 75 01 15**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM AND EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism", or out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, with respect to an "other act of terrorism", this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

    **1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

    **2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

        **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

        **b.** The act resulted in damage:

            **(1)** Within the United States (including its territories and possessions and Puerto Rico); or

            **(2)** Outside of the United States in the case of:

                **(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

                **(b)** The premises of any United States mission; and

        **c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

    **3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

    Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

Policy Number: CA000054345-01                                      **CG 24 04 05 09**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Name Of Person Or Organization:** |
| Any person or organization, but only if: |
| 1.   You have expressly agreed to the waiver in a written contract entered into by you; and |
| 2.   The injury or damage occurs subsequent to the execution of the written contract. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".  This waiver applies only to the person or organization shown in the Schedule above.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**    ❑

**034**

Policy Number: CA000054345-01                                    **CG 24 26 04 13**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**CG 24 26 04 13**                    © Insurance Services Office, Inc., 2012                    **Page 1 of 1**

**035**

Policy Number: CA000054345-01          **COMMERCIAL GENERAL LIABILITY**
**CG 24 50 06 15**

# LIMITED COVERAGE FOR DESIGNATED UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description Of Unmanned Aircraft |
|---|

1. Any "unmanned aircraft" operated under a FAA Section 333 Exemption.

2. Any "unmanned aircraft" weighing less than 4.4 pounds and operated under FAA Part 107 Rules.

3. Any "unmanned aircraft" that:

     a. Weighs less than 4.4 pounds; and

     b. Is operated at least 5 nautical miles away from an airport or heliport having an operational control tower or published instrument flight procedure; and

     c. Is operated at least 5 nautical miles away from a military base or national park; and

     d. Is operated at an altitude below 400 feet; and

     e. Is manually flown within the unaided (other than corrective lenses) visual line of sight of the remote pilot in command or the person manipulating the flight controls of the "unmanned aircraft".

4. Any other "unmanned aircraft" endorsed to this policy.

| Description Of Operation(s) Or Project(s) |
|---|

Operations directly related to the Business Description shown in the Declarations.

| Limit Of Insurance | | |
|---|---|---|
| **Unmanned Aircraft Liability Aggregate Limit:** | $ | Paragraph **C.** below does not apply. |
| | | Please refer to **Section III – Limits of Insurance**. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

     **2. Exclusions**

         This insurance does not apply to:

         **g. Aircraft, Auto Or Watercraft**

             **(1) Unmanned Aircraft**

                 "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

                 This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

                 This Paragraph **g.(1)** does not apply to "unmanned aircraft" described in the Schedule, but only with respect to the operation(s) or project(s) described in the Schedule.

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

    **(i)** Less than 26 feet long; and

    **(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of:

    **(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    **(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement";

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement"; or

**c.** "Unmanned aircraft" described in the Schedule, but only with respect to the operation(s) or project(s) described in the Schedule.

**C.** If an Unmanned Aircraft Liability Aggregate Limit is shown in the Schedule, the following provisions are added to **Section III – Limits Of Insurance:**

**1.** Subject to Paragraph **2.** or **3.** of **Section III – Limits Of Insurance,** whichever applies, the Unmanned Aircraft Liability Aggregate Limit shown in the Schedule is the most we will pay for the sum of:

**a.** Damages under Coverage **A**;

**b.** Damages under Coverage **B**; and

    **c.**   Medical expenses under Coverage **C**;

because of all "bodily injury", "property damage" and "personal and advertising injury" arising out of the owner-ship, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

    **2.**   Paragraph **4.**, the Personal And Advertising Injury Limit, Paragraph **5.**, the Each Occurrence Limit, Paragraph **6.**, the Damage To Premises Rented To You Limit, and Paragraph **7.**, the Medical Expense Limit, of **Section III – Limits Of Insurance** continue to apply to "bodily injury", "property damage" and "personal and advertising injury", as applicable, arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "un-manned aircraft" but only if, and to the extent that, a limit of insurance is available under the Unmanned Aircraft Liability Aggregate Limit.

**D.**   The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

    **1.**   Designed;

    **2.**   Manufactured; or

    **3.**   Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

Policy Number: CA000054345-01                                    **CG 40 35 12 23**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER INCIDENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Bodily injury" or "property damage" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Cyber Incident**

"Personal and advertising injury" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

**C.** For the purposes of this endorsement, the following definition is added to the **Definitions** Section:

"Cyber incident" means any:

**1.** Unauthorized access to or use of any computer system.

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**039**

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

040

Policy Number: CA000054345-01                                              **IL 00 21 07 02**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY ENDORSEMENT (BROAD FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.**   The insurance does not apply:

   **A.**   Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)**   With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)**   Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.**   Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.**   Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)**   The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)**   The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)**   The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.**  As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)**  Any "nuclear reactor";

    **(b)**  Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)**  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)**  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc.,  2001

Policy Number: CA000054345-01                                    **AD 06 62 02 04**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE
# CLAIMS MADE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

<u>SCHEDULE</u>

1.  Limits of Liability
    $1,000,000            each claim
    $2,000,000            aggregate

2.  Deductible
    $1,000                each claim

3.  Numbers of Employees:        All
    Premium:                $  Included

4.  Retroactive Date:        09/01/2024

I.  COVERAGES

1.  Insuring Agreement

    We will pay those sums which you become legally obligated to pay as damages sustained by any employee, former employee, prospective employee or the beneficiaries or legal representatives thereof caused by your negligent act, error or omission or any other person for whose acts you are legally liable in the "administration" of your "Employee Benefits Programs" in the "policy territory".  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.

    We will have the right and duty to defend any suit seeking damages, except,

    (a)  the amount we will pay for damages is limited as described in SECTION III-LIMITS OF INSURANCE;

    (b)  we may, at our discretion, investigate any negligent act, error or omission and settle any claim or suit that may result, and

    (c)  our right and duty to defend ends when the applicable limit of insurance has been used up in the payment of judgments, settlements or SUPPLEMENTARY PAYMENTS

    This insurance applies to damages only if a claim for damages is first made against you during the policy period.  If during this policy period you become aware of any occurrences or circumstances which might result in a claim or claims under this insurance and notice thereof is given to us as soon as practicable in accordance with Section IV, Conditions 2 of the policy, it is agreed that any subsequent claim arising out of such occurrences or circumstances, whether made during or after the expiration of this endorsement period (but no later than sixty days after the expiration of this endorsement period), shall be treated as a claim made during this endorsement period.

A claim by a person or organization seeking damages will be deemed to have been made when notice of such claim is received and recorded by you or by us, whichever comes first.

All claims for damages to the same person will be deemed to have been made at the time the first of those claims is made against you.

2.  Exclusions

This insurance does not apply to:

(a)  Damages arising out of a negligent act, error or omission which:

    (1)  occurred prior to the policy period or the Retroactive Date shown in the Schedule, whichever is earlier; and

    (2)  you knew or should have known prior to the policy period might result in a claim;

(b)  damages due to any dishonest, fraudulent, criminal or malicious act;

(c)  damages due to libel, slander, discrimination, humiliation, emotional distress, harassment, or termination from employment;

(d)  injury to, or sickness, disease or death of any person, or to injury to or destruction of any tangible property, including the loss of use thereof;

(e)  any loss or claim arising out of failure of performance of any contract by an insurer;

(f)  your failure to comply with any law concerning workers' compensation, unemployment insurance, social security or disability benefits;

(g)  any claim based upon:

    (1)  failure of stock or other investments to perform as represented by you;

    (2)  advice given by you to an employee to participate or not to participate in stock subscription plans;

    (3)  the investment or non-investment of funds.

II.  WHO IS AN INSURED

1.  If you are designated in the Declarations as:

(a)  an individual, the person so designated but only with respect to the conduct of a business of which you are the sole proprietor, and your spouse with respect to the conduct of such a business;

(b)  a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to their liability as such;

(c)  other than an individual, partnership, or joint venture, the organization so designated and any executive officer, director, or stockholder thereof while acting within the scope of their duties as such;

2.  Each of the following is also an insured:

(a)  any of your employees authorized to act in the administration of your "Employee Benefits Programs", while acting within the scope of their duties in connection therewith; provided that the insurance shall not apply to any person included as a fiduciary un

der the Employee Retirement Income Security Act of 1974, including any amendments and regulations relating thereto, while acting in their capacity as such.

This insurance does not apply to loss arising out of the conduct of any partnership or joint venture in which you are a partner or member which is not designated in the policy as a "Named Insured".

III.  LIMITS OF LIABILITY

The limit of liability stated in the Schedule of this endorsement as applicable to "each claim" is the limit of your liability for all damages included in each claim to which this insurance applies; provided that the term "each claim" includes all claims because of any loss or losses sustained by any one employee or former employee and the estate, heirs, legal representatives, beneficiaries or assigns of such employee or former employee, as the result of any act, error or omission or combination of related acts, errors or omissions.

Subject to the foregoing provisions respecting the limit of liability for "each claim", the limit of liability stated in the Schedule as "aggregate" is the total limit of our liability for all damages because of all losses under this insurance including all SUPPLEMENTARY PAYMENTS.

The inclusion of this endorsement shall not increase our Limits of Liability as stated in the policy.

IV.  ADDITIONAL CONDITIONS

All of the conditions of the policy apply except, as respects the insurance provided by this endorsement:

(a)  Premium:

The premium stated in this endorsement is an estimated premium only.  Upon termination of each annual period of this policy, you, on request, will furnish us with a statement of personnel changes, and the earned premiums shall be computed on the average number of employees at the beginning and end of such period.  If the earned premium thus computed exceeds the estimated advance premium, you will pay the excess to us; if less, we will return to you the unearned portion subject to the Minimum Premium for this insurance.

(b)  Your Duties in the event of Negligent Act, Error or Omission, Claim or Suit:

If any claim is made against you or if you learn of any occurrences or circumstances which might result in a claim hereunder, written notice shall be given by you as soon as practicable in accordance with the requirements of Condition 2 of the policy.

(c)   The following Condition is added:

The Deductible amount shown in the Schedule of this endorsement shall apply to all payments (damages or supplementary payments) under this coverage. The terms and conditions of the Liability Deductible Endorsement attached to this policy apply to the Deductible for this coverage.

(d)   The following Condition is added:

If the Retroactive Date shown in the Schedule is earlier than the policy period, this insurance is excess over any other similar insurance purchased by you that is effective prior to the beginning of the policy period. When this insurance is excess, all of the terms and conditions of Section IV-Condition 4.b. apply.

V.   DEFINITIONS

When used in reference to this insurance:

"Employee Benefit Programs" means any of the following employee benefit plans and programs maintained for the benefit of your employees or former employees:

(a)   group life insurance, group accident and health insurance, profit sharing plans, pension plans, employee stock subscription plans, workers' compensation, unemployment insurance, salary continuation plans, social security, disability benefits insurance and travel, savings or vacation plans; and

(b)   any other employee benefit plan or program added to your "Employee Benefits Program" after the effective date of this endorsement provided that written notice is given to us within 30 days of the effective date thereof and provided further that such addition is endorsed on this policy.

"Administration" means:

(a)   providing interpretations and giving counsel to your employees regarding your "Employee Benefits Programs";

(b)   handling records in connection with your "Employee Benefits Programs";

(c)   the enrollment, termination or cancellation of employees under your "Employee Benefits Programs",

"Policy Territory" means the United States of America, its territories or possessions, or Canada.

Policy Number: CA000054345-01    **AD 06 63 05 19**

**Effective Date: 09/01/2024**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL CONDITIONS NAMED INSURED'S DUTIES WITH RESPECT TO CONTRACTORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### SCHEDULE

| | |
|---|---|
| General Aggregate Limit | $  2,000,000 |
| Products-Completed Operations Aggregate Limit | $  1,000,000 |
| Personal and Advertising Injury Limit | $  1,000,000 |
| Each Occurrence Limit | $  1,000,000 |

**I.** As conditions precedent to our binding and issuing this policy, you have agreed to obtain the following from each and every "contractor" performing work, operations or services for you or on your behalf, and it is understood that no "bodily injury", "property damage" or "personal and advertising injury" liability coverage is afforded to you by this policy for any and all liability arising out of your premises or your operations unless both conditions A & B are satisfied with respect to each and every "contractor":

    **A.** A Certificate of Insurance identifying you as an Additional Insured under each such "contractor's" Commercial General Liability Insurance with Limits of Insurance equal to or greater than the Limits of Insurance shown in the Schedule above, with respect to any liability arising out of any work, operations or services performed by the "contractor". Further, such Certificates of Insurance shall specify that the "contractor's" insurance shall be primary to and shall not participate or contribute with the insurance afforded by this policy.

    **B.** A written contract wherein the "contractor" agrees to hold harmless, defend and indemnify you from and against all losses, costs, expenses, claims, "suits", "bodily injury", "property damage", "personal and advertising injury", or other damages to the fullest extent permitted by law, including with respect to your own negligence and excepting only your sole negligence, with respect to any liability arising out of or related to any work, operations or services performed or to be performed by the "contractor".  Such written contracts shall further specify that the "contractor" shall name you as an Additional Insured under that "contractor's" Commercial General Liability Insurance as set forth in Section **I. A.** above prior to commencement of any work.

**II.** The coverage afforded to you under this insurance, including any duty to defend or indemnify you, shall be excess over and shall not contribute with any insurance, whether collectible or not, naming you as an Additional Insured under any "contractor's" insurance, regardless of whether the Other Insurance conditions of coverage, or any other policy language in the "contractor's" insurance renders it excess, contingent or contributory.

**III.** You must retain Certificates of Insurance and Additional Insured Endorsements that you obtain from each "contractor" and provide copies to us upon our written or oral request up to ten years after the Policy Period.

**IV.** You must retain all written contracts that you obtain from each "contractor" and provide copies to us upon our written or oral request up to ten years after the Policy Period.

**V.** We have the right but not the obligation to collect, inspect, monitor, maintain or approve Certificates of Insurance or Additional Insured Endorsements referenced in Section III., or contracts referenced in Section IV. We do not warrant that any Certificate of Insurance, Additional Insured Endorsement, or contract complies with any law, regulation, code, standard or contractual obligation. This condition applies to us and to any rating, advisory, rate service, independent claim adjuster or similar organization performing services on our behalf.

**VI**. For the purposes of this endorsement, the term "contractor" means any independent contractor, subcontractor, sub-subcontractor or service provider hired by you to perform work, operations or services for you or on your behalf.

If you have fulfilled all of the Additional Conditions set forth in Sections **I.** through **IV.** above, and the "contractor's" Commercial General Liability insurer or insurers decline to defend you, then we will undertake to do so for any covered claim.  In that event, you will fully cooperate with us in pursuing those insurers to assume the defense from us and reimburse us for any costs we incurred.

Policy Number: CA000054345-01                                    **AD 07 40 02 07**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CARE-FULLY.**

# CROSS LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART

It is agreed this insurance does not apply to:

**(1)** Any claim made or "suit" brought for damages or liability of any kind by any Named Insured or any "employee", "volunteer worker", "temporary worker", "executive officer", director, stockholder, partner or member of any Named Insured against any other Named Insured or any "employee", "volunteer worker", "temporary worker", "executive officer", director, stockholder, partner or member of any other Named Insured because of "bodily injury", "property damage" or "personal and advertising injury"; or

**(2)** Any claim made or "suit" brought for damages by the spouse, child, parent, brother or sister of any "employee", "volunteer worker", "temporary worker", "executive officer", director, stockholder, partner or member of any Named Insured as a consequence of **(1)** above.

It is further agreed the Company shall not have the obligation to indemnify, defend, adjust, investigate or pay any cost or expense of any kind for any claim made or "suit" brought which is excluded under the terms of this endorsement.

AD 07 40 02 07                                                    Page 1 of 1

Policy Number: CA000054345-01                                    **AD 07 85 11 22**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    LIQUOR LIABILITY COVERAGE FORM
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

It is agreed the Named Insured as shown on the Common Policy Declarations is as follows

---

**Astra Equity LLC**
**The Aspen at Hueytown LLC**
**Priceville Townhomes LLC**
**The Ivy at Millbrook LLC**
**Apollo Ridge LLC**
**The Willows Apts LLC**
**The Arbor Apts LLC**
**The Springs Apts LLC**
**601 Skyview LLC**
**Astra Mgmt LLC**
**The Ashton Apts LLC**
**Brookstone Apts LLC**
**Notting Hill LLC**
**The Meadows on Main LLC**
**Heights of Hoover LLC**
**The Murals LLC**
**The Silvertree Apartments LLC**
**Appollo Capital LLC**

---

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

All other terms and conditions remain unchanged.

Policy Number: CA000054345-01                                          **AD 08 42 02 16**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BODILY INJURY REDEFINED

This endorsement modifies insurance provided under the following:

  COMMERCIAL GENERAL LIABILITY COVERAGE FORM (OCCURRENCE VERSION)
  COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE)
  PRODUCTS AND COMPLETED OPERATIONS LIABILITY COVERAGE FORM (OCCURRENCE
  VERSION)
  PRODUCTS AND COMPLETED OPERATIONS LIABILITY COVERAGE FORM (CLAIMS-MADE
  VERSION)
  LIQUOR LIABILITY COVERAGE (OCCURRENCE VERSION)
  LIQUOR LIABILITY COVERAGE (CLAIMS-MADE)
  OWNER'S AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
  RAILROAD PROTECTIVE LIABILITY COVERAGE FORM
  EXCESS LIABILITY COVERAGE FORM
  UMBRELLA LIABILITY COVERAGE FORM

The definition of "bodily injury" in DEFINITIONS is amended as follows:

  "Bodily injury" means physical injury, physical sickness or physical disease sustained by any one person, including death resulting from any of these at any time.  "Bodily injury" does not include shock or emotional, mental or psychological distress, injury, trauma or anguish, or other similar condition, unless such condition results solely and directly from that one person's prior physical injury, physical sickness or physical disease otherwise covered under this insurance.

**AD 08 42 02 16**          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 1 of 1**  ☐
                              with its permission, 2016.

**050**

Policy Number: CA000054345-01                                          **AD 08 68 02 17**

Effective Date: 09/01/2024

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DESIGNATED LOCATION(S)
# GENERAL AGGREGATE LIMIT
## (WITH TOTAL AGGREGATE LIMIT FOR COVERAGES A, B AND C)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### SCHEDULE

| |
|---|
| Designated Location(s): |
| |
| All locations covered by this insurance. |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A.  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which can be attributed only to operations at a single designated "location" shown in the Schedule above:

    1.  A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

        However, the most we will pay under the Designated Location General Aggregate Limit for all Designated "Locations" combined is $5,000,000.

    2.  The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under COVERAGE C regardless of the number of:

        a.  Insureds;

        b.  Claims made or "suits" brought; or

        c.  Persons or organizations making claims or bringing "suits".

    3.  Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location".  Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

    4.  The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

B.  For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE A (SECTION I), and for all medical expenses caused by accidents under COVERAGE C (SECTION I), which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

**AD 08 68 02 17**          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 1 of 2**    ☐
                                 with its permission, 1996.

**051**

1. Any payments made under COVERAGE A for damages or under COVERAGE C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Location General Aggregate Limit.

C. When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

D. For the purposes of this endorsement, the Definitions Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

E. The provisions of Limits Of Insurance (SECTION III) not otherwise modified by this endorsement shall continue to apply as stipulated.

**AD 08 68 02 17**    Includes copyrighted material of Insurance Services Office, Inc.    **Page 2 of 2**    ☐
with its permission, 1996.

**052**

Policy Number: CA000054345-01                                                    **AD 08 73 03 23**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SEXUAL ABUSE EVENT – LIMITED COVERAGE
## CLAIMS-MADE COVERAGE

**PLEASE READ THE ENTIRE FORM CAREFULLY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Schedule**

| |
|---|
| **Sub-Limits of Insurance**: |
| $ 250,000 Each Event (Included in the Each Occurrence Limit shown in the Declarations) |
| $ 250,000 Aggregate (Included in the General Aggregate Limit shown in the Declarations) |
| The Sub-Limits of Insurance shown above are included within and not in addition to the Each Occurrence Limit and General Aggregate Limit shown in the Declarations. |
| Supplementary Payments will reduce the Each Event and Aggregate Sub-Limits of Insurance shown above. |

| |
|---|
| **Retroactive Date:  09/01/2024** |

**A.** Except to the extent coverage is afforded under **COVERAGE  – SEXUAL ABUSE EVENT LIABILITY** below, this insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or injury or damages of any kind, including costs or expenses, actually or allegedly arising out of, related to, caused by, contributed to by, or in any way connected with:

1.  Any actual, alleged or threatened "abuse or molestation event";

2.  Any actual, alleged or threatened act or series of acts that actually or allegedly includes an "abuse or molestation event";

3.  Any actual or alleged negligent hiring, negligent employment, negligent supervision, negligent training, negligent monitoring or negligent retention of a person for whom any insured is or ever was legally responsible and whose conduct is or would be excluded by Paragraphs **1.** or **2.** above;

4.  Any actual or alleged negligent investigation or negligent reporting to authorities, or failure to so report, of conduct that is or would be excluded by Paragraphs **1.** or **2.** above;

5.  Any actual or alleged failure to develop or implement procedures to prevent, suppress, mitigate or respond to conduct that is or would be excluded by Paragraphs **1.** or **2.** above;

6.  Any actual or alleged failure to provide an environment safe from conduct that is or would be excluded by Paragraphs **1.** or **2.** above, or to warn of the dangers of the environment which could lead to or contribute to conduct that is or would be excluded by Paragraphs **1.** or **2.** above; or

7.  The assumption of liability by any insured in any contract or agreement, including an "insured contract", if the claim arises out of Paragraphs **1.** through **6.** above.

**B.** When Paragraph **A.** above applies, Exclusion **a.** Expected Or Intended Injury of **SECTION I - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, Paragraph **2.** Exclusions is deleted in its entirety.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**C.** When Paragraph **A.** above applies, the following enumerated offenses of the definition of "personal and advertising injury" are deleted:

**1.** False arrest, detention or imprisonment.

**2.** Malicious prosecution.

**3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

**4.** Oral or written publication, in any manner, of material that violates a person's right of privacy.

**D.** We shall have no duty to investigate, defend, or indemnify any insured or indemnitee against any loss, claim, "suit" or other proceeding alleging "bodily injury", "property damage", "personal and advertising injury" or injury or damages of any kind to which Paragraph **A.** above applies.

## COVERAGE – SEXUAL ABUSE EVENT LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" caused by a "sexual abuse event" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" caused by a "sexual abuse event" to which this insurance does not apply. We may, at our discretion, investigate any "sexual abuse event" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **3.** Sub-Limits of Insurance below; and

**(2)** Our right and duty to defend ends when we have used up the applicable sub-limit of insurance in the payment of judgments, settlements or Supplementary Payments under the insurance provided by this endorsement.

No other obligation or liability to pay sums or perform acts or services is covered.

**b.** The insurance provided by this endorsement applies to "bodily injury" caused by a "sexual abuse event" only if:

**(1)** The "bodily injury" is caused by a "sexual abuse event" that takes place in the "coverage territory";

**(2)** The "sexual abuse event" and "bodily injury" did not occur in whole or in part before the Retroactive Date shown in the Schedule above or after the end of the policy period; and

**(3)** A claim for damages because of the "bodily injury" is first made against any insured and reported to us during the policy period or within sixty days after the end of the policy period.

**c.** Damages because of "bodily injury" caused by a "sexual abuse event" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

The insurance provided by this endorsement does not apply to:

**a.** "Bodily injury" arising out of, resulting from, caused by, or contributed to by, the transmission of any communicable disease.

**b. (1)** "Bodily injury" to any "employee" of any insured arising out of and in the course of:

**(a)** Employment by any insured; or

**(b)** Performing duties related to the conduct of any insured's business; or

**(2)** The spouse, child, parent, brother, sister or registered domestic partner of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether any insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**c.** "Bodily injury", damages, costs or expenses incurred by any person who:

**(1)** Actually committed the "sexual abuse event", aided and abetted others in the commission of the "sexual abuse event", or directed, encouraged or coerced others to commit the "sexual abuse event";

**(2)** Once becoming aware of the "sexual abuse event", failed to act in a way to prevent, suppress, mitigate or respond to the "sexual abuse event"; or

**(3)** Failed to immediately report the "sexual abuse event" to a law enforcement agency.

**AD 08 73 03 23**          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 2 of 3**    ☐
with its permission.

**054**

**3.    Sub-Limits of Insurance**

    **a.**  The most we will pay under insurance provided by this endorsement is limited as described below with respect to damages and Supplementary Payments:

        **(1)**  The Each Event Limit shown in the Schedule is the most we will pay for the sum of all damages and Supplementary Payments because of "bodily injury" arising out of any one "sexual abuse event";

        **(2)**  The Aggregate Limit shown in the Schedule is the most we will pay for the sum of all damages and Supplementary Payments because of all "bodily injury" caused by all "sexual abuse events";

        **(3)**  Supplementary Payments will reduce the Each Event and Aggregate Limits of Insurance shown in the Schedule; and

        **(4)**  All sums we pay for damages or Supplementary Payments will reduce the Each Occurrence and General Aggregate Limit shown in the Declarations.

    Notwithstanding the sentence in the COMMERCIAL GENERAL LIABILITY INSURANCE COVERAGE FORM under **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** stating "These payments will not reduce the limits of insurance", Supplementary Payments incurred because of any claim covered or potentially covered by this endorsement will reduce the Each Event and Aggregate Sub-Limits of Insurance shown in the Schedule.

**4.    Who Is An Insured**

    **a.**  With respect to insurance provided by this endorsement, **SECTION II – WHO IS AN INSURED** does not include any person who:

        **(1)**  Actually committed the "sexual abuse event", aided and abetted others in the commission of the "sexual abuse event", or directed, encouraged or coerced others to commit the "sexual abuse event";

        **(2)**  Once becoming aware of the "sexual abuse event", failed to act in a way to prevent, suppress, mitigate or respond to the "sexual abuse event"; or

        **(3)**  Failed to immediately report the "sexual abuse event" to a law enforcement agency.

**5.    Definition**

    **a.**  "Abuse or molestation event" means any act that includes physical, mental or emotional abuse or molestation, committed against an individual person by anyone.  "Abuse or molestation event" includes, but is not limited to a "sexual abuse event".

    **b.**  "Sexual abuse event" means:

        **(1)**  An actual, attempted or alleged unwanted, uninvited or unsolicited sex act; and

        **(2)**  An act that includes an actual, attempted or alleged unwanted, uninvited or unsolicited sex act.

    More than one "sexual abuse event" committed against the same person will be deemed to be a single "sexual abuse event".

**AD 08 73 03 23**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 3 of 3**  ☐

**055**

Policy Number: CA000054345-01                                    **AD 66 09 07 21**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MINIMUM PREMIUM AND MINIMUM RETAINED PREMIUM AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

1.  Condition 5.  Premium Audit as shown in SECTION IV- CONDITIONS is deleted and replaced by the following condition:

    5.  Premium Audit

        All premiums for this policy shall be computed in accordance with our rules, rates, rating plans, premiums and minimum premiums applicable to the Insurance afforded herein.

        Premium designated in this policy as Advance Premium is a Deposit Premium which shall be credited to the amount of the earned premium due at the end of the policy period.  At the close of each period (or part thereof terminating with the end of policy period), designated in the DECLARATIONS as the audit period, the earned premium shall be computed for such period and, upon notice thereof to the first Named Insured, shall become due and payable.

        Should it become necessary to institute collection activities, including litigation, in order to collect the additional earned premium, then you shall be responsible for 100% of the expenses, fees and costs incurred by the Company in that regard plus any collectible interest.  If the total computed earned premium for the policy period is less than the premium previously paid, then we shall receive and retain no less than the minimum premium(s) listed in the coverage part(s) attached hereto.

        You shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to us at the end of the policy period and at such times during the policy period as we may direct.

2.  It is further agreed that Section A. Cancellation, paragraph 5. of the COMMON POLICY CONDITIONS is amended to read as follows:

    5.  If the policy is cancelled, we will send the first Named Insured any premium refund due.
        If we cancel, the refund will be the lesser of the pro rata of the actual earned premium or Minimum Premium.  If the Named Insured cancels, the refund may be less than pro rata.  However in no event shall we retain less than 25% of the Advance Premium shown in the DECLARATIONS.

Policy Number: CA000054345-01                                     **AD 66 11 05 11**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE (APPLICABLE TO INDEMNITY AND EXPENSES)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | | | |
|---|---|---|---|---|
| | | **PER CLAIM** | | **PER OCCURRENCE** |
| Bodily Injury Liability | $ | | $ | |
| Property Damage Liability | $ | | $ | |
| Bodily Injury Liability and/or Property Damage Liability Combine | $ | | $ | 5,000.00 |
| Personal and Advertising Injury Liability | $ | | $ | 5,000.00 |

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT**  (Enter below any limitations on the application of this endorsement.  If no limitation is entered, the deductibles apply to damages for all "bodily injury", "property damage" and "personal and advertising injury", however caused.  Damages includes any payments made under the Supplementary Payments provisions of this policy including, but not limited to, expenses we incur to investigate or settle a claim or to defend a "suit".):

> **No limitations**

1.  Our obligation under the Bodily Injury Liability, Property Damage Liability, and Personal and Advertising Injury Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

    Damages includes any payments made under the Supplementary Payments provisions of this policy including, but not limited to, expenses we incur to investigate or settle a claim, or to defend a "suit".

2.  The deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above.  The deductible amount stated in the Schedule above applies as follows:

    **a.**  PER CLAIM BASIS.  If the deductible amount indicated in the Schedule above is on a PER CLAIM basis, that deductible applies as follows:

**(1)** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**(2)** Under Personal and Advertising Injury Liability Coverage, to all damages sustained by any one person because of "personal and advertising injury";

**(3)** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**(4)** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(a)** "Bodily injury";

**(b)** "Property damage"; or

**(c)** "Bodily injury" and "property damage" combined as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage" and "personal and advertising injury", person includes an organization.

**b.** PER OCCURRENCE BASIS. If the deductible amount indicated in the Schedule above is on a PER OCCURRENCE basis, that deductible amount applies as follows:

**(1)** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**(2)** Under Personal and Advertising Injury Liability Coverage, to all damages sustained by any one person because of "personal and advertising injury";

**(3)** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**(4)** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(a)** "Bodily injury";

**(b)** "Property damage"; or

**(c)** "Bodily injury" and "property damage" combined,

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**3.** The terms of this insurance, including those with respect to:

**a.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**b.** Your duties in the event of an "occurrence", claim, or "suit";

apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**5.** When used in this endorsement, damages include any payments made under the Supplementary Payments provisions of this policy including, but not limited to, expenses we incur to investigate or settle a claim or to defend a "suit".

**6.** If you do not promptly reimburse us for any deductible amount owed, then any cost incurred by us in collection of the deductible amount will be added and applied in addition to the applicable deductible amount without any limitation. These costs include, but are not limited to, collection agency fees, attorney's fees and interest.

Policy Number: CA000054345-01                                               **AD 66 37 11 23**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHILD CARE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance does not apply to any "bodily injury", "property damage", or "personal injury" or injury or damages of any kind, including costs or expenses, actually or allegedly arising out of, related to, caused by, contributed to by, or in any way connected with the supervision, monitoring, oversight, or care of any kind of minor children including but not limited to the operation of any day care center, day and/or night camps, child care center or facility, after-school program, preschool, or any other child care service(s).

We shall have no duty to investigate, defend, or indemnify any insured against any loss, claim, "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury," "property damage," or "personal and advertising injury" to which this endorsement applies.

**AD 66 37 11 23**                                                        Page 1 of 1  ☐

Policy Number: CA000054345-01                                              **AD 67 70 02 24**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANINE LIABILITY EXCLUSION (ABSOLUTE)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

**1.** This insurance does not apply to liability, injury, or damages of any kind, including but not limited to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, contributed to by, related to, or resulting or resulting in any way from the actual, alleged, threatened, or suspected contact with, exposure to attack by, existence of, ownership of, possession of, use of, control of, handling of, training of, rental of, entrustment to others of, or presence of a "canine," whether or not such injury or damage is actually or allegedly caused by or at the instigation or direction of any insured, their employees, their agents, residents, patrons, or any other person.

This exclusion applies even if the claims against any insured or any person, organization, entity, or company for whom any insured may be legally liable allege any of the following:

**a.** The failure of any insured or anyone else for whom any insured is or ever was legally responsible to prevent such injury or damage, whether or not the "canine" was owned, controlled, or kept by any insured; or

**b.** The failure to provide an environment or premises safe from a "canine," including but not limited to:

**(1)** failure to provide adequate security;

**(2)** premises liability;

**(3)** negligent supervision; or

**(4)** failure to warn or make safe from the dangers of a "canine"; or

**c.** The failure to render or secure medical treatment or care necessitated by a "canine"; or

**d.** The negligent investigation or reporting, or failure to report any injury or damage resulting from a "canine" to the proper authorities; or

**e.** The negligent employment, supervision, training, or retention of any person or entity for whom any insured is or ever was legally responsible; or

**f.** Any other negligence or wrongdoing in the supervision, training, or monitoring of any "canine"

**2.** For the purposes of this endorsement, the following definitions apply:

**a.** "Canine" means one or more "domesticated dogs", wild dogs, stray dogs, feral dogs, coyotes, wolves, jackals, hybrid mixes of any of the foregoing, and/or any other member of the scientific genus Canis.

**b.** "Domesticated dogs" means one or more dogs that are, or have been, tamed, owned, or kept by anyone, including trained, working, therapeutic, emotional support, and service dogs.

We shall have no duty to investigate, defend or indemnify any insured or any person, organization or company for whom any insured may be legally liable against any loss, claim, "suit", demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury," "property damage," or "personal and advertising injury" to which this endorsement applies.

Policy Number: CA000054345-01                                                                **AD 68 83 06 21**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# EXCLUSIONARY JOINT FORM –
# ASBESTOS, LEAD, MICROORGANISMS, SILICA & EMR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

## ASBESTOS EXCLUSION (ABSOLUTE)

This insurance does not apply to liability, injury or damages of any kind, to include but not limited to "bodily injury", "property damage" or "personal and advertising injury" including costs or expenses, actually or allegedly arising out of, related to, caused by, contributed to by, or in any way connected with actual, alleged or threatened past, present or future claims arising in whole or in part, either directly or indirectly, out of the mining, manufacturing, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of, exposure to, testing for or failure to disclose the presence of asbestos, products containing asbestos, or products designed or used to protect from the inhalation, ingestion, contact with or other exposure to asbestos whether or not the asbestos is or was at any time airborne as a fume, dust, powder, fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever.

It is further agreed that this insurance does not apply to any loss, cost or expense including but not limited to, payment for investigation or defense, fines, penalties, interest and other costs or expenses, arising out of or related to any:

**(1)** Clean up or removal of asbestos or products and materials containing asbestos;

**(2)** Such actions as may be necessary to monitor, assess and evaluate the release or threat of same, of asbestos or products and material containing asbestos;

**(3)** Disposal of asbestos substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result;

**(4)** Compliance with any law or regulation regarding asbestos;

**(5)** Existence, storage, handling or transportation of asbestos;

**(6)** Any supervision, instructions, recommendations, warranties (express or implied), warnings or advice given or which should have been given.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury," "property damage," or "personal and advertising injury" to which this endorsement applies.

## LEAD EXCLUSION (ABSOLUTE)

This insurance does not apply to liability, injury or damages of any kind, to include but not limited to "bodily injury", "property damage" or "personal and advertising injury" including costs or expenses, actually or allegedly arising out of, related to, caused by, contributed to by, or in any way connected with actual, alleged or threatened past, present or future claims arising in whole or in part, either directly or indirectly, out of the mining, manufacturing, distribution, sale, resale,

**AD 68 83 06 21**          Includes copyrighted material of Insurance Services Office, Inc., with          **Page 1 of 3**   ☐
its permission.

**061**

rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of, exposure to, ingestion of or testing for or failure to disclose the presence of lead, products containing lead, or products designed or used to protect from the inhalation, ingestion, contact with or other exposure to lead, whether or not the lead is or was at any time airborne as a fume, dust, powder, fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever.

It is further agreed that this insurance does not apply to any loss, cost or expense, including but not limited to payment for investigation or defense, fines, penalties, interest and other costs or expenses, arising out of or related to any:

**(1)** Clean up or removal of lead or products and materials containing lead;

**(2)** Such actions as may be necessary to monitor, assess and evaluate the release or threat of same, of lead or products and material containing lead;

**(3)** Disposal of lead substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result;

**(4)** Compliance with any law or regulation regarding lead;

**(5)** Existence, storage, handling or transportation of lead;

**(6)** Any supervision, instructions, recommendations, warranties (express or implied), warnings or advice given or which should have been given.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury," "property damage," or "personal and advertising injury" to which this endorsement applies.

# MICROORGANISMS, BIOLOGICAL ORGANISMS OR ORGANIC CONTAMINANTS EXCLUSION (GENERAL LIABILITY BROAD FORM)

This insurance does not apply to:

**(1)** Liability, injury or damages of any kind, to include but not limited to "bodily injury", "property damage" or " personal and advertising injury", including costs or expenses, actually or allegedly arising out of, related to, caused by, contributed to by, or in any way connected with actual, alleged or threatened past, present or future claims arising in whole or in part, either directly or indirectly, out of the exposure to, presence of, formation of, existence of or actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any microorganisms, biological organisms or organic contaminants, including but not limited to mold, mildew, fungus, bacteria, bacterium, spores, yeast or other toxins, allergens, infectious agents, wet or dry rot or rust, or materials of any kind containing them at any time, regardless of the cause of growth, proliferation or secretion; or

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of microorganisms, biological organisms or organic contaminants, including but not limited to mold, mildew, fungus, spores, yeast, or other toxins, allergens, infectious agents, wet or dry rot or rust, or any materials containing them at any time, regardless of the cause of growth, proliferation or secretion.

  **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of microorganisms, biological organisms or organic contaminants, including but not limited to mold, mildew, fungus, spores, yeast, or other toxins, allergens, infectious agents, wet or dry rot or rust, or any materials containing them at any time, regardless of the cause of growth, proliferation or secretion.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit" or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury", "property damage" or "personal injury and advertising injury" to which this endorsement applies.

# SILICA EXCLUSION (ABSOLUTE)

AD 68 83 06 21          Includes copyrighted material of Insurance Services Office, Inc., with          **Page 2 of 3**          □
its permission.

062

This insurance does not apply to liability, injury or damages of any kind, to include but not limited to "bodily injury", "property damage" or "personal and advertising injury" including costs or expenses, actually or allegedly arising out of, related to , caused by, contributed to by, or in any way connected with actual, alleged, or threatened past, present or future claims arising in whole or in part, either directly or indirectly, out of the mining, manufacturing, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, abatement, replacement or handling of, exposure to, ingestion of, testing for or failure to disclose the presence of, failure to warn or advise of silica, products containing silica, or products designed or used to protect from the inhalation, ingestion, contact with or any other exposure to silica, whether or not the silica is or was at any time airborne as a fume, dust, powder, fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever.

It is further agreed that this insurance does not apply to any loss, cost or expense including, but not limited to, payment for investigation or defense, fines, penalties, interest and other costs or expenses, arising out of or related to any:

**(1)** Clean up or removal of silica or products and materials containing silica;

**(2)** Such actions as may be necessary to monitor, assess and evaluate the release or threat of same, of silica or products and material containing silica;

**(3)** Disposal of silica substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result;

**(4)** Compliance with any law or regulation regarding silica;

**(5)** Existence, storage, handling or transportation of silica;

**(6)** Any supervision, instructions, recommendations, warranties (express or implied), warnings or advice given or which should have been given.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury," "property damage," or "personal and advertising injury" to which this endorsement applies.

## ELECTROMAGNETIC RADIATION EXCLUSION (ABSOLUTE)

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury", including costs or expenses, arising out of, related to, caused by, contributed to by, or in any way connected with the actual or alleged exposure to, presence of, formation of or existence of "electromagnetic radiation";

**2.** Any loss, claim, "suit", cost or expense arising out of any request, demand, order, statutory, regulatory or governmental requirement that any insured or others for whom any insured is legally liable, test for, comply with standards for, monitor, clean up, remove, contain, treat, detoxify, neutralize, abate, mitigate or in any way respond to or assess the effects of "electromagnetic radiation";

**3.** Any loss, claim, "suit", cost or expense, including but not limited to fines or penalties, arising out of any failure to comply with any statutory, regulatory or governmental standards concerning acceptable levels of "electromagnetic radiation";

**4.** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with Paragraphs 1., 2. or 3. above; or

**5.** Any obligation to share damages with or repay anyone else who must pay damages in connection with Paragraphs 1., 2., 3. or 4. above.

"Electromagnetic radiation" means any form of electrical and magnetic energy, or electric and magnetic field(s) within the electromagnetic spectrum, whether naturally occurring or artificially created, regardless of source, and includes, but is not limited to, radio frequency radiation.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit", demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury," "property damage," or "personal and advertising injury" to which this endorsement applies.

AD 68 83 06 21        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 3 of 3    ☐

063

Policy Number: CA000054345-01                                    **AD 68 86 05 24**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INJURY TO WORKERS EXCLUSION – JOINT FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

> **IMPORTANT NOTICE: THE FOLLOWING EXCLUSIONS APPLY ONLY IF THE BOX ADJACENT TO THE EXCLUSION TITLE IS CHECKED.**

☒ **INJURY TO CONTRACTOR EXCLUSION**

1. This insurance does not apply to liability arising in whole or in part, either directly or indirectly, out of any past, present, or future "bodily injury" or "personal and advertising injury" to:

    **a.** Any "contractor";

    **b.** Any "employee" of any "contractor"; or

    **c.** The spouse, child, parent, brother, sister or registered domestic partner of that "contractor" or "employee" of that "contractor" as a consequence of Paragraphs **1. a.** or **1. b.** above.

    This exclusion applies:

    **a.** Whether the insured may be liable as an employer or in any other capacity; or
    **b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury or damage.

2. For the purposes of this endorsement, the following definitions apply:

    **a.** "Contractor" means any independent contractor, subcontractor, sub-subcontractor, service provider, or any "employee" of any of the aforementioned:

    **1.** Hired by you to perform work, operations, or services for you or on your behalf; or
    **2.** Hired by others to perform work, operations, or services for you or on your behalf.

    **b.** "Employee" includes a leased worker, temporary worker, volunteer worker, borrowed worker, borrowed servant, casual laborer, apprentice, intern, or any other person performing work, operations, or services for any "contractor".

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury" or "personal and advertising injury", to which this endorsement applies.

☒ **INJURY TO TEMPORARY, VOLUNTEER OR CASUAL WORKER EXCLUSION**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to any:

1. "Temporary worker";

2. "Volunteer worker";

3. "Casual worker"; or

4. The spouse, child, parent, brother, sister or registered domestic partner of that worker as a consequence of Paragraph **1.**, **2.** or **3.** above.

For the purposes of this endorsement only, "temporary worker" means:

A person who is furnished to any insured to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions; however, "temporary worker" does not include a person who is furnished to any insured by a labor union to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions. For the purposes of this endorsement only, "casual worker" means:

1.  A person, other than a person furnished to you by a labor union, who acts at the direction of and within the scope of duties determined by any insured, and is employed by any insured for a short time and for a limited and temporary purpose; or

2.  A person for whom any insured, or a labor leasing firm acting on behalf of any insured, does not withhold federal income taxes and pay federal unemployment tax.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury" or "personal and advertising injury" to which this endorsement applies.

## ☒ INJURY TO LEASED WORKER EXCLUSION

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

1.  Any "leased worker"; or

2.  The spouse, child, parent, brother, sister or registered domestic partner of that "leased worker" as a consequence of Paragraph **1.** above.

This exclusion applies:

1.  Whether the insured may be liable as an employer or in any other capacity; or

2.  To any obligation to share damages with or repay someone else who must pay damages because of the injury or damage.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury" or "personal and advertising injury" to which this endorsement applies.

## ☒ ABSOLUTE EMPLOYERS LIABILITY EXCLUSION

Commercial General Liability Coverage Form Section **I** Coverage **A** Exclusion **e.** is deleted in its entirety and replaced by the following:

  **e.**  Employer's Liability

   "Bodily injury" to:

   **(1)**  Any "employee" of any insured arising out of and in the course of:

      **(a)**  Employment by any insured; or

      **(b)**  Performing duties related to the conduct of any insured's business; or

   **(2)**  The spouse, child, parent, brother, sister or registered domestic partner of that "employee" as a consequence of Paragraph **(1)** above.

   This exclusion applies:

   **(1)**  Whether any insured may be liable as an employer or in any other capacity; or

   **(2)**  To any obligation to share damages with or repay someone else who must pay damages because of the injury.

It is further agreed that Definition **9.** Paragraph **f.** is amended to include the following subparagraph **(4):**

  **(4)**  Under which any insured assumes liability for "bodily injury" to an "employee" of any insured arising out of and in the course of employment by any insured or performing duties related to the conduct of any insured's business; or to the spouse, child, parent, brother, sister or registered domestic partner of that "employee".

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury" to which this endorsement applies.

Policy Number: CA000054345-01                                          **AD 69 13 08 23**

Effective Date: 09/01/2024

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### SCHEDULE

**Premises:**

| |
|---|
| 124 Dabbs Ave Hueytown AL 35023 |
| 3058 N Bethel Road Priceville AL 35603 |
| 5680 Main St. Millbrook AL 36054 |
| 400 Arkadelphis Rd Hanceville AL 35077 |
| 632 23rd St Tuscaloosa AL 35401 |
| 3267 Warringwood Drive  Hoover AL 35216 |
| 600 Edmonson Rd Hanceville AL 35077 |
| 106 Birch St Millbrook AL 36054 |
| 601 Skyview Drive Montevallo AL 35115 |
| 7426 Frisco Ave  Leeds AL 35094 |
| 2612 Niazuma Ave S Birmingham  AL 35205 |
| 2042 High School Rd Hueytown AL 35023 |
| 101 Jones Ave Hueytown  AL 35023 |
| 3252 Allison-Bonnett Memorial Dr Hueytown AL 35023 |
| 2700 W Main St  Tupelo MS 38801 |

**"Business Activities":**

| |
|---|
| |

This insurance applies only to:

1. "Bodily injury", "property damage" and medical expenses for "bodily injury" caused by an "occurrence" that takes place in its entirety at the premises shown in the Schedule;

2. "Personal and advertising injury" caused by an offense arising out of your business and committed at the premises shown in the Schedule; and

3. "Bodily injury", "property damage", "personal and advertising injury" and medical expenses for "bodily injury" caused by "business activities" conducted by you.

"Business activities" means:

1. Activities engaged in at or away from the premises shown in the Schedule for the sole purpose of operating or maintaining the designated premises; and

**AD 69 13 08 23**          Includes copyrighted material of Insurance Services Office, Inc.,                    **Page 1 of 2**    ◻
with its permission.

**066**

   **2.**  Activities engaged in at or away from the premises shown in the Schedule for the sole purpose of evaluating other premises for acquisition or for addition to your ownership or management portfolio.

"Business activities" does not include business conventions, special events, sponsored events, sporting events, company picnics, fundraisers, or similar events or activities, unless specifically shown in the Schedule.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Policy Number: CA000054345-01                                      **AD 69 26 03 23**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASSAULT OR BATTERY EVENT – LIMITED COVERAGE
## (CGL COVERAGE FORM)

**PLEASE READ THE ENTIRE FORM CAREFULLY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Schedule**

---

**Sub-Limits of Insurance**:

$250,000 Each Event (Included in the Each Occurrence Limit shown in the Declarations)

$250,000 Aggregate (Included in the General Aggregate Limit shown in the Declarations)

The Sub-Limits of Insurance shown above are included within and not in addition to the Each Occurrence Limit and General Aggregate Limit shown in the Declarations.

Supplementary Payments will reduce the Each Event and Aggregate Sub-Limits of Insurance shown above.

---

**A.** Except to the extent coverage is afforded under **COVERAGE – ASSAULT OR BATTERY EVENT – LIMITED COVERAGE** below, this insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or injury or damages of any kind, including costs or expenses, actually or allegedly arising out of, related to, caused by, contributed to by, or in any way connected with:

   **1.** The actual, alleged or threatened assault or battery by anyone of any person while on or adjacent to the premises of any insured; or

   **2.** The actual, alleged or threatened assault or battery by anyone of any person if in any way connected with the operations of any insured; or

   **3.** The negligent employment, negligent investigation, negligent supervision, negligent reporting to the proper authorities or failure to so report, negligent retention or negligent hiring by any insured or any person or entity for whom any insured is or ever was legally responsible in claims alleging actual, alleged or threatened assault or battery by anyone of any person; or

   **4.** The failure of any insured or any person or entity for whom any insured is or ever was legally responsible to prevent, suppress, mitigate or respond to actual, alleged or threatened assault or battery by anyone of any person; or

   **5.** The failure of any insured or any person or entity for whom any insured is or ever was legally responsible to provide an environment safe from assault or battery, or to warn of the dangers of the environment which could lead to or contribute to assault or battery; or

   **6.** The assumption of liability by any insured in any contract or agreement, including an "insured contract", if the claim arises out of Paragraphs **1** through **5** above.

**B.** When Paragraph **A.** above applies, Exclusion **a.** Expected Or Intended Injury of SECTION **I** - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Paragraph **2.** Exclusions is deleted in its entirety.

**AD 69 26 03 23**          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          **Page 1 of 3**

**068**

**C.** When Paragraph **A.** above applies, the following enumerated offenses of the definition of "personal and advertising injury" are deleted:

**1.** False arrest, detention or imprisonment.

**2.** Malicious prosecution.

**3.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

**4.** Oral or written publication, in any manner, of material that violates a person's right of privacy.

**D.** We shall have no duty to investigate, defend, or indemnify any insured or indemnitee against any loss, claim, "suit" or other proceeding alleging "bodily injury", "property damage", "personal and advertising injury" or injury or damages of any kind to which Paragraph **A.** above applies.

## COVERAGE – ASSAULT OR BATTERY EVENT – LIMITED COVERAGE

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" caused by an "assault or battery event" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" caused by an "assault or battery event" to which this insurance does not apply. We may, at our discretion, investigate any "assault or battery event" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **3.** Sub-Limits of Insurance below; and

**(2)** Our right and duty to defend ends when we have used up the applicable sub-limit of insurance in the payment of judgments, settlements or Supplementary Payments under the insurance provided by this endorsement.

No other obligation or liability to pay sums or perform acts or services is covered.

**b.** The insurance provided by this endorsement applies to "bodily injury" caused by an "assault or battery event" only if:

**(1)** The "bodily injury" is caused by an "assault or battery event" that takes place in the "coverage territory";

**(2)** The "bodily injury" first occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of SECTION **II** – WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "assault or battery event" or claim, knew that the "bodily injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" occurred, then any continuation, change or resumption of such "bodily injury" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of SECTION **II** – WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "assault or battery event" or claim, includes any continuation, change or resumption of that "bodily injury" after the end of the policy period.

**d.** "Bodily injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of SECTION **II** – WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "assault or battery event" or claim:

**(1)** Reports all, or any part, of the "bodily injury" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury"; or

**(3)** Becomes aware by any other means that "bodily injury" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" caused by an "assault or battery event" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

All exclusions applicable to COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY also apply to the insurance provided by this endorsement.

**3.   Sub-Limits of Insurance**

    **a.**   The Assault or Battery Sub-Limits of Insurance shown above and the rules below fix the most we will pay regardless of the number of:

        **(1)**  Insureds;

        **(2)**  Claims made or "suits" brought; or

        **(3)**  Persons or organizations making claims or bringing "suits".

    **b.**   The Aggregate Sub-Limit shown above is the most we will pay for all "bodily injury" and Supplementary Payments as a result of all "assault or battery events".

    **c.**   Subject to the Aggregate Sub-Limit shown above, the Each Event Sub-Limit is the most we will pay for all "bodily injury" sustained by any one or more persons or organizations as the result of an "assault or battery event". Supplementary Payments reduce the Each Event Sub-Limit.

**4.   Who Is An Insured**

    **a.**   With respect to insurance provided by this endorsement, SECTION **II** – WHO IS AN INSURED does not include any person who actually committed the "assault or battery event", aided and abetted others in the commission of the "assault or battery event", or directed, encouraged or coerced others to commit the "assault or battery event".

**5.   Definition**

    **a.**   "Assault or battery event" means any act that includes physical assault or physical battery committed against an individual person by anyone. More than one "assault or battery event" committed against the same person will be deemed to be a single "assault or battery event".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Policy Number: CA000054345-01    **AD 69 66 05 19**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SWIMMING POOLS AND
# SPAS – LIMITATION OF COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance does not apply to:

A.  "Bodily injury" or "personal and advertising injury" arising out of the ownership, use or maintenance of any diving board, diving platform, slide, or similar apparatus provided or used in connection with any swimming pool or spa.

B.  "Bodily injury" or "personal and advertising injury" arising out of the ownership, use or maintenance of swimming pools or spas unless at the time of the "occurrence" or offense, the following conditions are met:

   1.  Such swimming pools and spas have:

      a.  Trained certified lifeguards on duty during all hours of operation, or in their absence:

         (1)  Signage prominently displaying:

            (a)  Hours of operation; and

            (b)  "Lifeguard Not Present, Swim at Own Risk"; and

            (c)  All other safety and warning notices required by law or ordinance.

      b.  Complete fencing surrounding the pool or spa area, with gates that are self-latching and can be secured when the pool or spa is not in use; and

      c.  Lifesaving equipment that is accessible within the pool and spa area as required by law or ordinance; and

      d.  Water depth markings that are clear and visible from the pool or spa deck; and

      e.  Anti-entrapment drain covers and fittings conforming to current standards of the Virginia Graeme Baker Pool and Safety Act.

Policy Number: CA000054345-01        **AD 66 66 11 22**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPECIFIED OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

       COMMERCIAL GENERAL LIABILITY COVERAGE FORM
       LIQUOR LIABILITY COVERAGE FORM
       PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

**SCHEDULE**

**Specified Ongoing and/or Completed Operation(s):**

| |
|---|
| ANY USE OF, MONITORING OF OR RESPONSE TO PULL CORDS OR EMERGENCY CALL BUTTONS; ANY FRATERNITY OR SORORITY FUNCTIONS OR EVENTS. |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the operations designated in the Schedule.  This exclusion applies whether the operations are or were performed by you or on your behalf or whether the operations are ongoing or have been completed by you or on your behalf.

Policy Number: CA000054345-01 **AD 68 88 03 21**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPECIAL EXCLUSIONS – JOINT FORM (OCCURRENCE)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM (OCCURRENCE VERSION)

## PRE-EXISTING DAMAGE EXCLUSION

It is agreed under **Section 1 Coverages**, **Coverage A Bodily Injury** and **Property Damage Liability**, **1. Insuring Agreement**, Paragraphs **b (3)**, **c** and **d** are deleted in their entirety and the following exclusion is added to this policy:

This insurance does not apply to:

1. "Bodily injury" or "property damage", whether such "bodily injury" or "property damage" is known or unknown,

    (a) which first occurred prior to the inception date of this policy (or the retroactive date of this policy, if any; whichever is earlier); or

    (b) which are, or are alleged to be, in the process of occurring as of the inception date of the policy (or the retroactive date of this policy, if any; whichever is earlier) even if the "bodily injury" or "property damage" continues during this policy period.

2. Any damages arising out of or related to "bodily injury" or "property damage", whether known or unknown, which are in the process of settlement, adjustment or "suit" as of the inception date of this policy (or the retroactive date of this policy, if any; whichever is earlier).

We shall have no duty to defend any insured against any loss, claim, "suit", or other proceeding alleging damages arising out of or related to "bodily injury" or "property damage" to which this endorsement applies.

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

A.  The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**:

This insurance does not apply to:

"Bodily injury" to:

    (1) A person arising out of any "wrongful employment act(s)"; or

    (2) The spouse, child, parent, brother, sister or registered domestic partner of that person as a consequence of "bodily injury" to that person at whom any of the "wrongful employment act(s)" described in Paragraph **(1)** above is directed.

This exclusion applies:

    (1) Whether any insured may be liable as an employer or in any other capacity;

    (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury; and

    (3) Whether the "wrongful employment act(s)" occurs before employment, during employment or after employment of that person.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any "wrongful employment act(s)"; or

**(2)** The spouse, child, parent, brother, sister or registered domestic partner of that person as a consequence of "personal and advertising injury" to that person at whom any of the "wrongful employment act(s)" described in Paragraph **(1)** above is directed.

This exclusion applies:

**(1)** Whether any insured may be liable as an employer or in any other capacity;

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury; and

**(3)** Whether the "wrongful employment act(s)" occurs before employment, during employment or after employment of that person.

**C.** Additional Definitions:

**(1)** "Wrongful employment act(s)" means any of the following actual, alleged or related acts committed by or on behalf of any insured arising out of a potential, actual or post-employment relationship with any person:

**(a)** Discrimination or harassment because of race, color, religion, age, sex, disability, pregnancy, national origin, sexual orientation, marital status, or any other basis prohibited by law which results in termination of the employment relationship, or demotion, or failure or refusal to hire or promote, or failure to accommodate an "employee" or potential "employee", or denial of an employment privilege, or the taking of any adverse or differential employment action; or

**(b)** Sexual harassment including unwelcome sexual advances, requests for sexual favors or other conduct of a sexual nature that is made a condition of employment, is used as a basis for employment decisions, or creates an intimidating, hostile or offensive work environment that interferes with work performance; or

**(c)** Termination, constructive discharge, wrongful failure to hire, wrongful demotion, retaliation, misrepresentation, infliction of emotional distress, defamation, invasion of privacy, humiliation, wrongful evaluation, or breach of an implied contract or agreement relating to employment, whether arising out of any personnel manual, policy statement or oral representation; or

**(d)** Physical assault or battery, or any other similar behavior that creates an intimidating, hostile, offensive or dangerous work environment; or

**(e)** Training or failing to train any "employee" in accordance with any applicable federal, state or local law, regulation, ordinance, rule, guidance document or policy directive governing any act described in Paragraph **C. (1) (a)** through Paragraph **C. (1) (d)** above; or

**(f)** Failure to comply with any applicable federal, state or local law, regulation, ordinance, rule, guidance document or policy directive related to the prevention of any act described in Paragraph **C. (1) (a)** through Paragraph **C. (1) (d)** above; or

**(g)** malicious prosecution.

Policy Number: CA000054345-01                                                                    **AD 66 76 04 10**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART

---

Sub-Limits of Insurance:

| | |
|---|---|
| $1,000,000 | Each Occurrence (included in Each Occurrence Limit shown in the Declarations) |
| $2,000,000 | Aggregate (included in General Aggregate Limit shown in the Declarations) |

The Sub-Limits of Insurance shown above are included within and not in addition to the Each Occurrence Limit and the General Aggregate Limit shown in the Declarations.

---

Insurance is provided only with respect to those coverages for which a specific premium charge is shown:

| Coverage | Additional Premium |
|---|---|
| Non-Owned Auto Liability | Included |
| Hired Auto Liability | Included |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.** HIRED AUTO LIABILITY

The insurance provided under COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** - Coverages) applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**B.** NON-OWNED AUTO LIABILITY

The insurance provided under COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** - Coverages) applies to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" by any person other than you in the course of your business.

**C.** With respect to the insurance provided by this endorsement:

**1.** Subparagraphs **b.**, **c.**, **e.**, **g.**, **h.**, **j.**, **k.**, **l.**, **m.** and **n.** of paragraph **2.**, Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** - Coverages) do not apply.

**2.** The following exclusions are added to paragraph **2.**, Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** - Coverages):

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.  This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

---

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

**b.** "Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay the damages because of the injury.

This exclusion does not apply to:

**(1)** Liability assumed by the insured under an "insured contract"; or

**(2)** "Bodily Injury" to domestic "employees" not entitled to workers' compensation benefits.

**c.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

**D.** For the purposes of this endorsement only, WHO IS AN INSURED (Section **II**) is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

**1.** You.

**2.** Any other person using a "hired auto" with your permission.

**3.** With respect to a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business.

**4.** Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under paragraphs **1.**, **2.** or **3.** above.

None of the following is an insured:

**1.** Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment;

**2.** Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

**3.** Any person while employed in or otherwise engaged in performing duties related to the conduct of an "auto business", other than an "auto business" you operate;

**4.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**5.** Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**E.** For the purposes of this endorsement only, the definition of "insured contract" in the DEFINITIONS Section is amended by the addition of the following:

**6.** "Insured contract" means:

**g.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

**F.** For the purposes of this endorsement only, the following definitions are added to the DEFINITIONS Section:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive officers", or members of their households.

**3.** "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

**G.** With respect to the insurance provided by this endorsement only, our right and duty to defend ends when we have used up the applicable sub-limit of insurance in the payment of judgments or settlements or Supplementary Payments under the insurance provided by this endorsement.

**H.** With respect to the insurance provided by this endorsement only, the amount we will pay for damages is limited as described below with respect to damages covered by this endorsement:

    **1.** The Each Occurrence Limit shown above is the most we will pay for the sum of all damages because of "bodily injury" and "property damage" arising out of any one "occurrence";

    **2.** The Aggregate Limit shown above is the most we will pay for the sum of all damages because of "bodily injury" and "property damage";

    **3.** Supplementary Payments will reduce the Each Occurrence and Aggregate Limits of Insurance shown above; and

    **4.** All sums we pay for damages or Supplementary Payments will reduce the Each Occurrence and General Aggregate Limit shown in the Declarations.

Policy Number: CA000054345-01                                                    **AD 67 19 02 24**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDOMINIUM CONVERSION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

This insurance does not apply to  liability arising in whole or in part, either directly or indirectly, out of any past, present or future job or project performed by or on behalf of any insured or others involving the construction, repair, remodeling, renovation, maintenance, change or modification of any structure, if the structure is or has been converted, changed or modified at any time by or on behalf of any insured or others to condominiums, townhomes, townhouses, time-share units, fractional-ownership units, or cooperatives.
It is further agreed that for any claim or "suit" brought which is excluded under the terms of this endorsement, we will have no obligation to defend, adjust or investigate or pay any cost for investigation, defense, adjustment or attorney fees arising out of or related to such claim or "suit".

All other terms and conditions remain unchanged.

**AD 67 19 02 24**                                                **Page 1 of 1**    ☐

Policy Number: CA000054345-01                                      **AD 67 48 05 11**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INTELLECTUAL PROPERTY EXCLUSION
### (AMENDED DEFINITION OF PERSONAL AND ADVERTISING INJURY)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**I.**   SECTION **I** – COVERAGES – COVERAGE **B** PER-SONAL AND ADVERTISING INJURY LIABILITY Exclusion **i.** is deleted in its entirety and replaced by the following:

**i.**   "Personal and advertising injury" arising out of:

**(1)**   Any infringement, disparagement, dilution or diminution of or damage to:

**(a)**   Copyright, slogan or title;

**(b)**   Patent;

**(c)**   Trademark, service mark, service name, collective mark or certification mark, including without limitation any word, name, symbol, device or any combination thereof used to identify or distinguish the origin of a good, product or service;

**(d)**   Trade secret or practice;

**(e)**   Trade dress, including without limitation any shape, color, design or appearance used to distinguish the origin of a good, product or service;

**(f)**   Advertising ideas, concepts, campaigns, or style of doing business; or

**(g)**   Any other proprietary property rights or intellectual property rights recognized or implied by law.

**(2)**   Any false designation of the origin of a good, product or service.

**(3)**   Any deceptive, false, fraudulent, misleading, unfair, unlawful or untrue business act or practice.

**II.**   The definition of "personal and advertising injury" in the DEFINITIONS section of the COMMERCIAL GENERAL LIABILITY COVERAGE FORM is deleted in its entirety and replaced by the following:

"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a**.   False arrest, detention or imprisonment;

**b**.   Malicious prosecution;

**c**.   The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d**.   Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e**.   Oral or written publication of material that violates a person's right of privacy.

Policy Number: CA000054345-01                                    **AD 67 58 02 09**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ENGINEERED NANOPARTICLES EXCLUSION (ABSOLUTE)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to any "bodily injury", "property damage", "personal and advertising injury" or "reduction in value" related to actual, alleged or threatened past, present or future claims arising in whole or in part, either directly or indirectly, out of the manufacture, creation, distribution, sale, resale, rebranding, installation, repair, removal, encapsulation, release, abatement, replacement or handling of, exposure to, testing for, failure to test for, or failure to warn or disclose the presence of "engineered nanoparticles", products containing "engineered nanoparticles", or products designed or used to protect from the inhalation, ingestion, adsorption, absorption, contact with or other exposure to or contamination by "engineered nanoparticles", whether or not the "engineered nanoparticles" are or were at any time airborne as a fume, aerosol, dust, powder, fiber or particle, contained in a product, carried on clothing, inhaled, transmitted in any fashion or found in any form whatsoever**.**

It is further agreed that this insurance does not apply to any loss, cost or expense including but not limited to, payment for investigation or defense, fines, penalties, interest and other costs or expenses, arising out of or related to any:

**(1)** Clean up or removal of "engineered nanoparticles" or products and materials containing "engineered nanoparticles";

**(2)** Such actions as may be necessary to monitor, assess and evaluate the release or threat of same, of "engineered nanoparticles" or products and material containing "engineered nanoparticles";

**(3)** Disposal of "engineered nanoparticle" substances or the taking of such other action as may be necessary to temporarily or permanently prevent, minimize or mitigate damage to the public health or welfare or to the environment, which may otherwise result;

**(4)** Compliance with any law or regulation regarding "engineered nanoparticles";

**(5)** Existence, storage, handling or transportation of "engineered nanoparticles";

**(6)** Any supervision, instructions, recommendations, warranties (express or implied), warnings or advice given or which should have been given.

It is further agreed that for any claim made or "suit" brought which is excluded under the terms of this endorsement the Company shall not have the obligation to defend, adjust, investigate or pay any cost for investigation, defense, attorney fees or adjustment arising out of such claims.

"Engineered nanoparticles" means particles and materials that:

**(1)** Consist of elements or compounds;

**(2)** Are manufactured, distributed, sold, produced or disposed of by or on behalf of any insured or others; and

**(3)** Are five hundred (500) nanometers or less in size in at least one dimension.

"Engineered nanoparticles" include, but are not limited to:

**(1)** Nanotubes, nanowires, nanocrystals, nanoantennas, nanobuds, nanorods, nanoclusters, nanopowders, nanoshells, nanominerals, nanofluids, nanostructured fluids, liposomes, lipoplex systems, microemulsions, micelles, quantum dots, buckyballs, buckminsterfullerenes and fullerenes; and

**(2)** Their dendrimers, polymers, aggregates and agglomerates, in any form, whether solid, fluid or gaseous.

"Reduction in value" means the actual or alleged diminution, impairment, devaluation or loss of use of tangible property, whether or not physically injured.

**AD 67 58 02 09**                                          Page 1 of 1    ☐

Effective Date: 09/01/2024                                                    AD 67 65 08 09

Effective Date:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PREMIUM BASIS DEFINITION – AREA (SQUARE FEET)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

When used as a Premium Basis, the following definition applies:

**Area**

Area means the total number of square feet of floor space at the insured premises, computed as follows for entire buildings and for tenants:

1. By multiplying the product of the horizontal dimensions of the outside of the outer building walls by the number of floors, including basements but not including the area of the following:

   a. Courts and mezzanine types of floor openings; or

   b. Portions of basements or floors where 50% or more of the area is used for shop or storage for building maintenance, dwelling by building maintenance employees, heating units, power plants or air conditioning equipment.

**AD 67 65 08 09**          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 1 of 1**   ☐
with its permission, 2009

**081**

Policy Number: CA000054345-01                                            **AD 67 66 08 09**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PREMIUM BASIS DEFINITION - UNITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

When used as a Premium Basis, the following definition applies:

**Unit**

Unit means a single room or group of rooms intended for occupancy as separate living quarters by a family, by a group of unrelated persons living together, or by a person living alone.

**AD 67 66 08 09**          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 1 of 1**    ☐
with its permission, 2009

**082**

Policy Number: CA000054345-01                                        **AD 70 16 01 23**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HABITABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability,** Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability,** and Paragraph **2., Exclusions** of Section I – Coverage C—Medical Payments:

This insurance does not apply to any damages, expenses, claims, or "suits" due to "bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of or resulting from the alleged or actual:

**(1)** Violation of any federal, state, county, or local laws, ordinances, statutes, programs, rules, codes, regulations, common laws, or any other violation including, but not limited to any:

  (a)  Civil Codes;

  (b)  Health and Safety Codes;

  (c)  Housing and Urban Development laws, ordinances, or statutes;

  (d)  Rent stabilization laws and ordinances;

  (e)  Federal, state, or local Section 8 (government subsidy) programs;

  (f)  Any administrative rules or regulations pertaining to any of the foregoing including, but not limited to, those promulgated by local municipalities;

**(2)** The failure of any insured, or any person working on any insured's behalf, to maintain any premises in, or restore any premises to, a safe, sanitary, healthy, habitable, or tenantable condition; or

**(3)** Wrongful eviction, wrongful entry into, invasion of private right of occupancy, breach of any lease, rental agreement, contract, warranty, or covenant, whether written or oral, either actual or alleged, arising out or **(1)** or **(2)** above.

We shall have no duty to investigate, defend, or indemnify any insured or indemnitee against any loss, claim, "suit" or other proceeding alleging "bodily injury", "property damage", "personal and advertising injury", or injury or damages of any kind to which this endorsement applies.

**AD 70 16 01 23**                                        Page 1 of 1    ☐

**083**

Policy Number: CA000054345-01                                          **AD 70 21 04 23**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES (PFAS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

   **2. Exclusions**

   This insurance does not apply to:

   **PFAS**

   **a.** "Bodily injury" or "property damage" arising out of, in whole or in part, the actual, alleged, threatened, or suspected inhalation, ingestion, absorption, discharge, dispersal, handling, manufacture, distribution, transport, replacement, migration, seepage, sale, release or escape of, contact with, exposure to, existence of, or presence of any "PFAS";

   **b.** Any loss, cost, or expense arising out of, in whole or part, any:

   **(1)** Request, demand, order, or statutory or regulatory requirement that any insured or others investigate, abate, test for, monitor, clean up, remove, contain, study, remediate, dispose, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, any "PFAS"; or

   **(2)** Claim, demand, or "suit" by or on behalf of a governmental authority or any other person or organization because of investigating, abating, testing for, monitoring, cleaning up, removing, containing, studying, remediating, disposing of, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, any "PFAS".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

   **2. Exclusions**

   This insurance does not apply to:

   **PFAS**

   **a.** "Personal and advertising injury" arising out of, in whole or in part, the actual, alleged, threatened or suspected inhalation, ingestion, absorption, discharge, dispersal, handling, manufacture, distribution, transport, replacement, migration, seepage, sale, release or escape of, contact with, exposure to, existence of, or presence of, any "PFAS";

   **b.** Any loss, cost or expense arising out of, in whole or in part, any:

   **(1)** Request, demand, order, or statutory or regulatory requirement that any insured or others investigate, abate, test for, monitor, clean up, remove, contain, study, remediate, dispose, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, any "PFAS"; or

   **(2)** Claim, demand, or "suit" by or on behalf of a governmental authority or any other person or organization because of investigating, abating, testing for, monitoring, cleaning up, removing, containing, studying, remediating, disposing of, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, any "PFAS".

**C.** The following definition is added to the **Definitions** Section:

   "PFAS" means any perfluoroalkyl or polyfluoroalkyl substances, including but not limited to:

   **1.** Any perfluoroalkyl and polyfluoroalkyl substances, perfluoroalkyl acids, perfluorooctanoic acids, perfluorooctane sulfonic acids, perfluoroalkane, perfluorononanoic acids, hexafluoropropylene oxide dimer acids, perfluorobutanesulfonic acids, perfluorohexane sulfonic acids, sulfonamides, perfluoroalkyl ether carboxylic acids, fluorotelomer substances, and perfluoroalkane sulfonamide substances; or

2. Any polymers, oligomer, monomer, nonpolymer chemicals, fluorinated polymers, fluoropolymers, side-chain fluorinated polymers, and perfluoropolyethers.

including associated homologues, isomers, telomers, salts, esters, alcohols, acids, precursor chemicals and derivatives, and related degradation or by-products of any such constituent.

3. Any good or product, including containers, materials, parts or equipment furnished in connection with such goods or products, that consists of or contains any chemical or substance described in paragraphs **C.1.** and **C.2.**

All other terms and conditions of the Policy remain unchanged

Policy Number: CA000054345-01 **AD 70 38 10 23**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION—HUMAN TRAFFICKING

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

1. **Section I – Coverage A – Bodily Injury And Property Damage Liability**, Paragraph **2. Exclusions**, and **Section I – Coverage B – Personal And Advertising Injury Liability**, Paragraph **2. Exclusions** are amended to include the following:

   **Human Trafficking**

   Liability arising in whole or in part, either directly or indirectly, out of any past, present, or future "bodily injury", "property damage", or "personal and advertising injury" arising out of, related to, caused by, contributed to by, or in any way connected with any actual or alleged "human trafficking", including but not limited to:

   **a.** "Human trafficking" committed or caused, directly or indirectly, by you, any insured, any person, any entity, or by any means whatsoever;

   **b.** The failure to suppress prevent the occurrence of "human trafficking" by you, any insured, any person, any entity, or by any means whatsoever;

   **c.** The failure to provide an environment safe from "human trafficking";

   **d.** The failure to warn of the dangers of the environment which could contribute to the occurrence of "human trafficking";

   **e.** "Human trafficking" arising out of the negligent employment, investigation, hiring, supervision, training, or retention of any person or entity;

   **f.** The failure to contact any law enforcement or other legal authority regarding any suspicion or occurrence of "human trafficking";

   **g.** The failure to render or secure medical treatment or care necessitated by any occurrence of "human trafficking"; or

   **h.** Death, injury, or loss, including any allegations of wrongful death, arising out of items **a.** through **h.** listed above.

2. With respect to this endorsement, the following definition is added under **Section V – Definitions**:

   "Human trafficking" includes, but is not limited to any of the following:

   **a.** The recruitment, transportation, transfer, harboring, provision, obtaining, patronizing, soliciting, trade, or receipt of people through force, fraud, coercion, threat, compulsion, or deception, whether physical or psychological;

   **b.** Forced labor;

   **c.** Trafficking with respect to peonage, slavery, involuntary servitude, sexual acts, debt bondage, or exploitation;

   **d.** Trafficking with respect to the removal, manipulation, or implantation of organs or body parts;

   **e.** Sex trafficking of any kind;

   **f.** Prostitution;

   **g.** Rape, false imprisonment, or kidnapping that occurs as part of an alleged trafficking operation;

   **h.** Attempting to commit or conspiracy to commit offenses relating to or arising out of any of the items **a**. through **f**. above.

It is further agreed that for any claim made or "suit" brought which is excluded under the terms of this endorsement, we will have no obligation to defend, adjust or investigate or pay any cost for investigation, defense, adjustment or attorney fees arising out of or related to such claims.

**AD 70 38 10 23** Page 1 of 1    ◻

Policy Number: CA000054345-01 **AD 70 41 11 23**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION—CONSTRUCTION AND/OR DEMOLITION ACTIVITIES WITH LIMITED EXCEPTION FOR ROUTINE MAINTENANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.**  This insurance does not apply to any "bodily injury", "property damage", "personal injury", or injury or damages of any kind, including costs or expenses, actually or allegedly arising out of, related to, caused by, contributed to by, or in any way connected with any construction and/or demolition work. This exclusion applies whether the operations are or were performed by you or on your behalf or whether the operations are ongoing or have been completed by you or on your behalf.

However, this exclusion does not apply to "maintenance" of properties scheduled via the LIMITATION OF COVERAGE TO DESIGNATED PREMISES or the Declarations page.

**B.**  For the purposes of this endorsement only, the following definition has been added:

"Maintenance" means those activities necessary to keep the existing premises, building, grounds, or equipment in a safe and/or habitable condition in a routine, scheduled, or anticipated fashion.

"Maintenance" includes minor repairs such as routine work done to an existing structure, facility, land, and/or equipment, that involves mostly cosmetic work or like-to-like replacement of component parts, and that results in restoration or negligible overall changes.

We shall have no duty to investigate, defend, or indemnify any insured against any loss, claim, "suit," demand, fine or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury," "property damage," or "personal and advertising injury" to which this endorsement applies.

**AD 70 41 11 23** **Page 1 of 1** ☐

Policy Number: CA000054345-01                                    **AD 70 42 01 24**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COORDINATION OF LIMITS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE FORM

**1.** This endorsement applies if we have issued to you an **Assault Or Battery Event - Limited Coverage** endorsement and either:

    **a.** a **Commercial General Liability Coverage Form**, whether on an occurrence or on a claims-made basis; or

    **b.** a **Liquor Liability Coverage Form**; or

    **c.** both **a.** and **b.**

**2.** It is hereby agreed that if we have both, with respect to all or any part of the same loss, claim, "suit" or other proceeding:

    **a.** Either a duty to defend or a duty to indemnify any one or more insureds under the **Assault Or Battery Event - Limited Coverage** endorsement with respect to all or any part of any loss, claim, "suit" or other proceeding; and

    **b.** Either a duty to defend or a duty to indemnify any one or more insureds under any Coverage Form described in **1. a.** through **1. c.**, whichever is applicable,

    Then:

        **(1)** The applicable sub-limits of insurance of the **Assault Or Battery Event - Limited Coverage** endorsement are the only Limits of Insurance that apply to the entire loss, claim, "suit" or other proceeding;

        **(2)** No part of the limits of insurance of any coverage form described in **1. a.** through **1. c.**, whichever is applicable, applies to any part of that loss, claim, "suit" or other proceeding; and

        **(3)** Our total potential liability for that entire loss, claim, "suit" or other proceeding will not exceed the applicable Sub-Limits of Insurance of the **Assault Or Battery Event - Limited Coverage** endorsement.

            **(a)** Subject to the Aggregate Sub-Limit shown in the **Schedule** of Sub-Limits of Insurance within the **Assault Or Battery Event - Limited Coverage** endorsement, the Each Event Sub-Limit is the most we will pay for all "bodily injury" sustained by any one or more persons or organizations as the result of an "assault or battery event". Supplementary Payments reduce the Each Event Sub-Limit.

**3.** The foregoing applies regardless of:

    **a.** Whether we learn that the insurance provided under the **Assault Or Battery Event - Limited Coverage** endorsement and insurance under another coverage form applies to the same loss, claim, "suit" or other proceeding:

        **(1)** When we receive initial notice of the loss, claim, "suit" or other proceeding, or thereafter; and/or

        **(2)** From the initial pleadings in a "suit" or an amended pleading during discovery, at trial, during an appeal, or at any other time.

    **b.** The number or kinds of:

        **(1)** Theories of recovery asserted in the claim or pleaded or asserted in the "suit"; and/or

        **(2)** The number or kinds of counts, causes of action, or prayers for relief pleaded or asserted in the "suit".

Policy Number: CA000054345-01                                              **AD 70 50 04 24**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – BIOMETRIC INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and **Section I – Coverage B – Personal And Advertising Injury Liability:**

    **2.  Exclusions**

        This insurance does not apply to:

        **Biometric Information**

        "Bodily Injury", "Property Damage", or "Personal and Advertising Injury" based upon damages, costs, and expenses, either directly or indirectly because of, caused by or arising out of:

        **a.**  the actual, or alleged collection, use, access, safeguarding, sharing, storage, retention, conversion, disclosure, sale, disposal, transmitting, distributing, or destruction of any "Biometric identifier" or "Biometric information", or failure to obtain consent for any of the foregoing; or

        **b.**  a claim, "suit" or proceeding involving an actual or alleged invasion of privacy or violation of a right to privacy and a "Biometric identifier" or "Biometric information"; or

        **c.**  an actual or alleged violation of any privacy law, including the Illinois Biometric Information Privacy Act (BIPA), the California Consumer Privacy Act (CCPA), the California Privacy Rights Act (CPRA), EU General Data Protection Regulation (GDPR) or any other similar law, ordinance, regulation, or statute anywhere in the world that governs or relates to the collection, use, access, safeguarding, sharing, storage, retention, conversion, disclosure, sale, disposal, transmitting, distributing, or destruction of any "Biometric identifier" or "Biometric information" or obtaining consent for any of the foregoing.

The exclusions above apply regardless of any insured's culpability or intent and regardless of whether the claim, "suit", proceeding or allegation against any insured alleges negligence or other wrongdoing in the supervision, hiring, employment, training, or monitoring of others by any insured.

**B.** The following definitions are added to the **Section V. Definitions:**

    "Biometric identifier" means any physical, genetic, physiological, biological, or behavioral characteristic or attribute that allows an individual to be identified. Without limiting the foregoing, "biometric identifier" includes but is not limited to the following: (a) retina or iris scan; (b) fingerprint; (c) voiceprint; (d) DNA; (e) finger, hand, or palm scan; (f) scan of hand or face geometry; (g) vein patterns; (h) voice recordings; (i) keystroke patterns or rhythms; (j) gait patterns or rhythms; (k) sleep, health, or exercise data that contain identifying information; or (l) any other biometric algorithm or measurement of (a) through (k) or any other physical, genetic, physiological, biological or behavioral characteristic or attribute which allows an individual to be identified.

    "Biometric information" means any information, regardless of how it is captured, converted, stored, or shared, that is based on, or includes, any "biometric identifiers".

All other terms and conditions of the Policy remain unchanged.

Policy Number: CA000054345-01                                                          **AI 08 46 01 02**

Effective Date: 09/01/2024

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CARBON MONOXIDE EXCLUSION

This endorsement modifies insurance provided under the following:

OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to:

(1) Liability, injury or damages of any kind, to include but not limited to "bodily injury", "property damage", or "personal and advertising injury" arising out of, related to, caused by or in any way connected with the exposure to, presence of, formation of, existence of or actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of carbon monoxide; or

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of carbon monoxide.

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of carbon monoxide.

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit" or other proceeding alleging injury or damages of any kind, to include but not limited to "bodily injury", "property damage", or "personal injury and advertising injury" to which this endorsement applies.

**AI 08 46 01 02**                                                                     Page 1 of 1    ☐

Policy Number: CA000054345-01

**AI 44 02 08 21**

Effective Date: 09/01/2024

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# SERVICE OF SUIT

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other Officer specified for that purpose in the Statute, or his/her successor or successors in office, as its true and lawful attorney upon whom may be served any lawful process in any action, **suit** or proceeding instituted by or on behalf of you or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the below named as the person to whom the said Officer is authorized to mail such process or a true copy thereof.

It is further agreed that service of process in such **suit** may be made upon John Briggs, or his nominee of the Company at 7233 East Butherus Drive, Scottsdale, Arizona 85260, and that in any **suit** instituted against the Company upon this policy, it will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.  Nothing herein shall constitute a selection or designation of forum, or a waiver of any of the Company's rights to select a forum or court, including any of the federal courts of the United States.  This includes any right to commence an action in or remove or transfer an action to the United States District Court or any other court of competent jurisdiction, as permitted by law.

Further, pursuant to any statute of any state, territory or district of the United States of America or province of Canada, which makes provision therefore, we hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, **suit** or proceeding instituted by you or on your behalf or any beneficiary hereunder arising out of this contract of insurance, and we hereby designate the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

**AI 44 02 08 21**