# EXHIBIT C

# Reservation of Rights



232 Strawbridge Drive, Suite 300
Moorestown, NJ 08057
Phone: (856) 429-9200
Fax: (856) 429-3630

May 6, 2025

**<u>Via U.S. & Certified Mail (RRR)</u>**
601 Skyview LLC
212 West Troy Street, Suite B
Dothan, AL 36303
candace@astraeq.com

    Re:    *Vanne Poe, individually and as parent of Ember Poe, and Kelly Poe, individually and as parent of Ember Poe v. Nissi Management LLC, 601 Skyview LLC, John David Winton, Esurance Property and Casualty Insurance Co.*, Civil Action No. 58-cv-2025-900262, filed 3/20/2025 in the Circuit Court of Shelby County, Alabama

|  |  |
|---|---|
| Claim No.: | A000000049870 |
| Policy No.: | CA000054345-01 (eff: 09/01/2024 to 09/01/2025) |
| Carrier: | Admiral Insurance Group |
| Insured: | Astra Equity, LLC |
| Claimant(s): | Vanne Poe, individually and as parent of Ember Poe, and Kelly Poe, individually and as parent of Ember Poe |
| Date of Loss: | November 5, 2024 |

Dear Mrs. Pilgram,

Admiral Insurance Company ("Admiral") acknowledges receipt of the above-referenced claim and lawsuit (the "Lawsuit") submitted under Policy No. CA000054345-01, issued to Admiral's named insured, Astra Equity, LLC. Based on our review, despite significant coverage issues, Admiral will provide a defense to 601 Skyview, LLC ("601 Skyview") against the claims of the Lawsuit under a reservation of rights.

If, after your review of this letter, you have questions or concerns, or if you believe there is additional information Admiral should consider, please contact me to discuss.

## <u>RESERVATION OF RIGHTS</u>

### FACTUAL BACKGROUND AND ALLEGATIONS

For coverage purposes, we consider facts as alleged in the Lawsuit. We make no representations as to the veracity of these facts, and understand that some facts may be disputed by 601 Skyview.

Plaintiff Kelly Poe and her 10-year-old daughter, Ember, were residents of the Glenn Apartments in Shelby County, Alabama. The Glenn Apartments are owned by 601 Skyview, and the property is managed by Nissi Management, LLC ("Nissi").

Astra Equity, LLC
A000000049870
May 6, 2025
Page 2 of 7

John David Winton ("Winton") was employed by Nissi, and resided at the Glenn Apartments. Plaintiffs allege that, unless he was on vacation out-of-town, Winton was considered "on duty" as a maintenance technician 24 hours a day, seven days a week. They claim Winton's employer required Winton to use his 2006 Toyota Tundra (the "Subject Vehicle") as a mobile office, to run errands, and to respond to maintenance calls for the Glenn Apartments or other properties of the Defendants.

On November 5, 2024, at approximately 5:15 p.m., Ember Poe was riding a scooter on County Road 12 near the Glenn Apartments. Winton, driving the Subject Vehicle, struck and seriously injured Ember. She died several days later in the hospital. Winton was under the influence of narcotics at the time of the accident, and law enforcement found cocaine and drug paraphernalia in his car. Winton has been charged with felony reckless manslaughter.

On March 20, 2025, Plaintiffs filed their complaint in the Lawsuit (the "Complaint"), alleging Winton was "acting within the line and scope of his duties as agent, employee, and/or servant" of 601 Skyview or Nissi at the time of the accident. Plaintiffs assert claims of Negligence/Wantonness, Negligent and/or Wanton Hiring, Training, Supervision and Retention, Respondeat Superior, and Wrongful Death against 601 Skyview. Plaintiffs demand compensatory and punitive damages, attorney's fees, and all other remedies deemed proper by the court.

## EXPLANATION OF COVERAGE ISSUES

Admiral Insurance Company issued commercial lines Policy No. CA000054345-01 on an "occurrence" basis to named insured Astra Equity, LLC, with a policy period of September 1, 2024 through September 1, 2025 (the "Admiral Policy" or the "Policy"). The Policy includes commercial general liability ("CGL") coverage with a $1,000,000 each occurrence limit, a $2,000,000 general aggregate limit, and a $2,000,000 products/completed operations aggregate limit, and a $5,000 deductible.

The Policy was issued to named insured Astra Equity, LLC, but contains Named Insured Endorsement AD 07 85 11/22, which also designates 601 Skyview LLC as a named insured under the Policy.

The Admiral COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CG001 0413) and applicable endorsements contain certain exclusions and conditions of coverage. First, we refer you to the Insuring Agreement, which states:

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

      **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

Astra Equity, LLC
A000000049870
May 6, 2025
Page 3 of 7

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

  **b.**  This insurance applies to "bodily injury" and "property damage" only if:

    **(1)**  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)**  The "bodily injury" or "property damage" occurs during the policy period

***

The Policy contains endorsements and exclusions which restrict or remove coverages. Notably, Endorsement AD 69 13 08 23, the Limitation of Coverage to Designated Premises Endorsement, provides:

<b>THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.</b>

<b>LIMITATION OF COVERAGE TO DESIGNATED PREMISES</b>

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM

<b>SCHEDULE</b>

**Premises:**

| |
|---|
| 124 Dabbs Ave Hueytown AL 35023 |
| 3058 N Bethel Road Priceville AL 35603 |
| 5680 Main St. Millbrook AL 36054 |
| 400 Arkadelphis Rd Hanceville AL 35077 |
| 632 23rd St Tuscaloosa AL 35401 |
| 3267 Warringwood Drive Hoover AL 35216 |
| 600 Edmonson Rd Hanceville AL 35077 |
| 106 Birch St Millbrook AL 36054 |
| 601 Skyview Drive Montevallo AL 35115 |
| 7426 Frisco Ave Leeds AL 35094 |
| 2612 Niazuma Ave S Birmingham AL 35205 |
| 2042 High School Rd Hueytown AL 35023 |
| 101 Jones Ave Hueytown AL 35023 |
| 3252 Allison-Bonnett Memorial Dr Hueytown AL 35023 |
| 2700 W Main St Tupelo MS 38801 |

**Business Activities:**

| |
|---|
| |

This insurance applies only to:

  **1.**  "Bodily injury", "property damage" and medical expenses for "bodily injury" caused by an "occurrence" that takes place in its entirety at the premises shown in the Schedule;

  **2.**  "Personal and advertising injury" caused by an offense arising out of your business and committed at the premises shown in the Schedule; and

  **3.**  "Bodily injury", "property damage", "personal and advertising injury" and medical expenses for "bodily injury" caused by "business activities" conducted by you.

Astra Equity, LLC
A000000049870
May 6, 2025
Page 4 of 7

"Business activities" means:

1. Activities engaged in at or away from the premises shown in the Schedule for the sole purpose of operating or maintaining the designated premises; and

2. Activities engaged in at or away from the premises shown in the Schedule for the sole purpose of evaluating other premises for acquisition or for addition to your ownership or management portfolio.

"Business activities" does not include business conventions, special events, sponsored events, sporting events, company picnics, fundraisers, or similar events or activities, unless specifically shown in the Schedule.

The Schedule designates the property at 601 Skyview Drive, Montevallo, Alabama – the Glenn Apartments – as a designated premises.

The Policy also contains the following "auto" exclusion:

**2. Exclusions**

This insurance does not apply to:

. . .

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured…

The Policy contains Endorsement AD 66 76 04/10, the Hired Auto and Non-Owned Auto Liability Endorsement, which provides a sub-limit of $1,000,000 each occurrence, $2,000,000 aggregate for non-owned auto liability, and modifies the CGL coverage as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**HIRED AUTO AND NON-OWNED AUTO LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

. . .

**B.** NON-OWNED AUTO LIABILITY

The insurance provided under COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** - Coverages) applies to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" by any person other than you in the course of your business.

Astra Equity, LLC
A000000049870
May 6, 2025
Page 5 of 7

**C.** With respect to the insurance provided by this endorsement:

1. Subparagraphs **b.**, **c.**, **e.**, **g.**, **h.**, **j.**, **k.**, **l.**, **m.** and **n.** of paragraph **2.**, Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** - Coverages) do not apply…

**D.** For the purposes of this endorsement only, WHO IS AN INSURED (Section **II**) is replaced by the following:

Each of the following is an insured under this insurance to the extent set forth below:

1. You.

2. Any other person using a "hired auto" with your permission.

3. With respect to a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business.

4. Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under paragraphs **1.**, **2.** or **3.** above…

. . .

**F.** For the purposes of this endorsement only, the following definitions are added to the DEFINITIONS Section:

. . .

3. "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

**G.** With respect to the insurance provided by this endorsement only, our right and duty to defend ends when we have used up the applicable sub-limit of insurance in the payment of judgments or settlements or Supplementary Payments under the insurance provided by this endorsement.

. . .

**CONCLUSION**

Significant coverage issues are presented by the *Limitation of Coverage to Designated Premises Endorsement, AD 69 13 08 23*, which excludes coverage for "bodily injury" unless it takes place in its entirety on the designated premises or is caused by "business activities" – activities engaged in for the *sole purpose* of operating or maintaining the designated premises. While the Complaint alleges Winton was acting within the scope of his employment, our investigation reveals that the "bodily injury" did not take place in its entirety at the designated premises and was not caused by "business activities." Admiral reserves the right to deny coverage based upon the *Limitation of Coverage to Designated Premises Endorsement.*

The "auto" exclusion, contained in the above-referenced section, *Insuring Agreement, Exclusions; Aircraft, Auto or Watercraft* will apply to exclude coverage under the Commercial General Liability form, as the "bodily injury" arises from the use of an "auto" owned by an insured. However, the Policy contains additional coverage outlined in the *Hired Auto and Non-Owned Auto Liability Endorsement AD 66 76 04/10*, under which 601 Skyview qualifies as an insured.

Astra Equity, LLC
A000000049870
May 6, 2025
Page 6 of 7

The *Hired Auto and Non-Owned Auto Liability Endorsement* provides a sub-limit of $1,000,000 each occurrence, for liability arising from the use of a "non-owned auto" in the course of your business. The Complaint alleges Winton owned the car involved in the accident, and that he was acting within the scope of his employment with 601 Skyview at that time.

Please also note all sums Admiral pays for damages or Supplementary Payments will erode the limits of this additional coverage. Admiral reserves the right to deny coverage in the event the elements of the "*Hired Auto and Non-Owned Auto Liability Endorsement,*" most importantly, the requirement that the owner of the car was acting within the scope of his employment with 601 Skyview, are not met.

Admiral has assigned the following defense counsel to defend 601 Skyview against the claims in the Lawsuit: Porterfield, Harper, Mills, Motlow & Ireland PA, 22 Inverness Center parkway, Suite 600, Birmingham AL 35242, 205-980-5000; E: mrl@phm-law.com.

We ask that you give Mr. Lunsford, Esq. your complete cooperation.

This letter is in no way intended to limit or restrict Admiral from relying upon or asserting other facts, grounds and policy provisions that are or may become applicable and available to it in support of a denial of coverage, including seeking to intervene in the lawsuit or filing a declaratory judgment action to determine Admiral's coverage obligations in this matter. The failure of this letter to reference other provisions of the policy or other principles of law is not intended to waive any such right and/or defenses Admiral may have under the policy and applicable law, and Admiral expressly reserves its rights to assert any and all such defenses to coverage.

As it is possible coverage may not exist for these claims and/or policy limits may not be adequate, you may wish to consult with your personal attorney, at your expense, to determine what exposure, if any, you may have beyond the coverage available under the Policy. You may choose to have your personal counsel associate with the Porterfield, Harper, Mills, Motlow & Ireland PA law firm if you so desire. All fees for your personal counsel will be your own responsibility. If you choose to associate counsel with the Porterfield, Harper, Mills, Motlow & Ireland PA law firm, please advise Admiral and Porterfield, Harper, Mills, Motlow & Ireland PA immediately.

Further, in the event you may have other insurance applicable to this loss, you should place your insurance carrier on notice immediately, request any coverage that may be available to you, and forward such policies to Admiral for review.

If you receive any suit papers or other correspondence regarding this incident, please forward them immediately to Admiral at either the fax, e-mail, or postal address below so that we may review them with regard to our position on coverage. It is important that we receive any such paperwork promptly.

Very truly yours,

*Nancy Maniscalco*

Nancy Maniscalco
Senior Claims Superintendent
nmaniscalco@admiralins.com
Direct Dial: (856) 359-8991

NM/arg

Astra Equity, LLC
A000000049870
May 6, 2025
Page 7 of 7

cc:

Astra Equity, LLC
1678 Montgomery Highway, Suite 104
Birmingham, AL 35216

claims@rogersgray.com