FILED
2026 Aug-05 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ADMIRAL INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No : 2:25-cv-01099-SGC** |
| | ) | |
| **601 SKYVIEW, LLC, NISSI** | ) | |
| **MANAGEMENT, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER

COMES NOW John David Winton and in Answer to the Complaint for Declaratory Judgment states as follows:

1. The Defendant avers that paragraphs 1 and 2 of the Complaint do not allege a cause of action that requires a response from him.

2. The Defendant, on information and belief, admits paragraphs 3 through 7 of the Complaint.

3. The Defendant avers that paragraphs 8 and 9 of the Complaint do not allege a cause of action which requires a response from him.

4. The Defendant, on information and belief, admits paragraph 10 of the Complaint.

5. The Defendant avers that paragraphs 11 and 12 of the Complaint do not allege a cause of action against him and, therefore, requires no response from him.

6. The Defendant, on information and belief, admits paragraphs 13 through 15 of the Complaint.

7. The Defendant is without sufficient information to admit or deny paragraphs 16 and 17 of the Complaint and, therefore, demands strict proof of same.

8. The Defendant, on information and belief, admits paragraphs 18 through 20 of the Complaint.

9. The Defendant avers that paragraphs 21 through 42 of the Complaint do not allege causes of actions against him and, therefore, requires no response from him.

10. The Defendant re-asserts and re-avers his responses to paragraphs 1 through 42 of the Complaint in response to paragraph 43 of the Complaint as if specifically set out herein.

11. The Defendant avers that paragraphs 44 through 52 of the Complaint do not allege a cause of action against him and, therefore, requires no response from him.

12. The Defendant re-asserts and re-avers his responses to paragraphs 1 through 52 of the Complaint in response to paragraph 53 of the Complaint as if specifically set out herein.

13. The Defendant avers that paragraphs 54 through 62 of the Complaint do not allege a cause of action against him and, therefore, requires no response from him.

14. The defendant reserves his right to assert additional defenses, including affirmative defenses and assertions, at a later date.

s/Paul A. Miller (MIL011)
*Attorney for Defendant*
**MILLER, CHRISTIE & KINNEY, P.C.**
500 Office Park Drive, Suite 210
Birmingham, AL 35223
205-326-0000 | (205) 323-2945 fax
pmiller@mck-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that that I have served a copy of the foregoing upon the below counsel and/or parties by U.S. Mail and/or E-Filing on this the 5th day of August 2026:

cc: R. Bruce Barze, Jr., Esq.
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209

s/Paul A. Miller
OF COUNSEL